# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA and REGENXBIO INC., <br><br> Plaintiffs, <br><br> v. <br><br> SAREPTA THERAPEUTICS, INC. and SAREPTA THERAPEUTICS THREE, LLC, <br><br> Defendants. | C.A. No. 20-1226 (RGA) <br><br> JURY TRIAL DEMANDED |

## ORDER REGARDING PRODUCTION OF SETTLEMENT AND LICENSE AGREEMENTS

IT IS HEREBY ORDERED this __8th__ day of February, 2022 that Plaintiffs REGENXBIO INC. and The Trustees of the University of Pennsylvania ("Plaintiffs") are ordered to produce any licenses or settlement agreements involving U.S. Patent No. 10,526,617 to Defendants Sarepta Therapeutics, Inc. and Sarepta Therapeutics Three, LLC ("Sarepta"). Such licenses and settlement agreements shall be produced on an "Outside Counsel's Eyes Only" basis, and counsel for Sarepta may not share those licenses or settlement agreements, or the terms therein, with their clients or any other third party. By Wednesday, February 16, 2022, Plaintiffs shall provide a copy of this order to any third party to any license or settlement agreement ordered to be produced. Each third party shall have two weeks, or until Wednesday, March 2, 2022, to object to the production of the license or settlement agreement and seek a protective order from this Court.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE

2