## 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
REGENXBIO INC. and THE TRUSTEES )
OF THE UNIVERSITY OF            )
PENNSYLVANIA,                   )
                                )
              Plaintiffs,       )
                                ) C.A. No. 20-1226-RGA
     v.                         )
                                )
SAREPTA THERAPEUTICS, INC. and  )
SAREPTA THERAPEUTICS THREE,     )
LLC,                            )
                                )
              Defendants.       )
```

```
                       J. Caleb Boggs Courthouse
                       844 North King Street
                       Wilmington, Delaware

                       Tuesday, May 2, 2023
                       3:00 p.m.
                       Discovery Dispute Conference
```

BEFORE: THE HONORABLE RICHARD G. ANDREWS, U.S.D.C.J.

APPEARANCES:

         FISH & RICHARDSON
         BY: SUSAN MORRISON, ESQUIRE

              For the Plaintiff

         MORRIS NICHOLS ARSHT & TUNNELL LLP
         BY: DEREK FAHNESTOCK, ESQUIRE

              -and-

         QUINN EMANUEL URQUHART & SULLIVAN
         BY: ANASTASIA M. FERNANDS, ESQUIRE

              For the Defendant

## 2

*** PROCEEDINGS ***

DEPUTY CLERK: All rise. Court is now in session. The Honorable Richard G. Andrews presiding.

THE COURT: All right. Good afternoon. Please be seated.

We're here in the *Trustee of the University of Pennsylvania, et al vs Sarepta*.

Ms. Morrison, your client, how do you pronounce their name?

MS. MORRISON: It's Regenxbio.

THE COURT: Regenxbio?

MS. MORRISON: Regenxbio.

THE COURT: Oh, okay.

All right. All right.

So, and I see Ms. Morrison there.

And Mr. Fahnestock; right?

And presumably, you are -- I'm not sure about his handwriting. You are?

MS. FERNANDS: Ms. Fernands.

THE COURT: Ms. Fernands?

MS. FERNANDS: Yes.

THE COURT: So, okay. So, I read your letters, and I asked the Defendant to bring along two unredacted versions and two redacted versions.

And so, what I had in mind doing was asking

## 3

Ms. Morrison to sort of tell me where she thought some of the good information might be, and I would see if it was there.

So, as I understand it, the notes I made to myself here was that the Plaintiff's theory is that this agreement was relevant to the safe harbor and to damages. And I sort of understood it, I think the response of the Defendant here was, We provided you with all the information about all of the SRP-9001 that we made.

Is that right, Ms. Morrison?

MS. MORRISON: I'm sorry, Your Honor. Is it --

THE COURT: No, that's all right. You can stand there for a second.

Basically, has the Defendant provided you, Here's all the times we made SRP-9001 in the United States and presumably what we have done with it?

MS. MORRISON: So, that is -- I believe it's not a hundred percent correct, Your Honor. We still are having a discussion about some batch records. I'm not the closest to that issue on my team, but I believe there's still discussion going on about whether there are some missing batch records and whether we actually have all that information, but that's -- so, I think that's still up for debate. But I think the parties are working on that piece of it in terms of whether we have everything.

## 4

MS. FERNANDS: What we have and we've represented to Plaintiffs many times is we have produced a spreadsheet of all batches of SRP-9001 drug product produced prior to the expiration of the patent in November of 2012.

As Ms. Morrison has indicated, there are some batch records related to -- they have the spreadsheet of all final product produced. There are some batch records that the manufacturer has not released yet, so my client doesn't have them yet. And we represented that we'll provide those backup batch records as we receive them, but they have the spreadsheet of everything that has been made as of the expiration of the patent.

THE COURT: And so, the stuff that was made as of the expiration of the patent, Ms. Fernands, what happened to that stuff?

MS. FERNANDS: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ there has been no approval yet. The BLA has been submitted and not approved. There's no commercial approval. And so, there are ongoing clinical trials, but, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

THE COURT: And so, they're sitting there two years, or I forget what the date was that you said that the patent expired, but maybe not two years, but a decent chunk of time after the patent expired. It's just sitting there.

**5**

```
03:07:06  1   None of it has ever been sent to Europe, or Japan or some
03:07:10  2   other place outside the United States?
03:07:12  3            MS. FERNANDS:  I don't believe that there have
03:07:16  4   been -- [REDACTED], and I believe there's
03:07:20  5   been some limited discovery, you know, emails as to that.
03:07:24  6   But as far as the clinical trials, those were all run by
03:07:27  7   Sarepta, and that information would be with Sarepta, to the
03:07:32  8   extent it's being used for clinicals.  [REDACTED]
              [REDACTED]
              [REDACTED]
              [REDACTED]
              [REDACTED]
03:07:53  13           And so, I don't want to misrepresent that
03:07:56  14  nothing's been sent, but there's a trial called the 301
03:07:59  15  trial that Sarepta is running that I believe is a global
03:08:02  16  trial, but it's a Sarepta trial for FDA submission.
03:08:06  17           THE COURT:  Well, so maybe a slightly different
03:08:09  18  way of asking the same question is essentially:  Can you
03:08:12  19  account for all the product that has been made?
03:08:14  20           MS. FERNANDS:  I think I can account for -- I
03:08:23  21  don't --
03:08:23  22           THE COURT:  And when I say that, I don't mean
03:08:24  23  you personally, of course.  I mean --
03:08:26  24           MS. FERNANDS:  Right.
03:08:26  25           THE COURT:  -- in terms of the documentation
```

**6**

```
03:08:30  1   that your company, your client, keeps.  You know, they know
03:08:36  2   how much of it they've made.  You've provided a spreadsheet
03:08:38  3   to that effect.
03:08:40  4            Do they also know, you know, so much of it is
03:08:44  5   sitting in the warehouse, so much of it was sent off for a
03:08:47  6   trial, so much of it, you know, went bad after sitting
03:08:52  7   around for a couple years and we destroyed it, and the
03:08:57  8   amount we made is the same amount that we've now accounted
03:09:01  9   for?
03:09:01  10           MS. FERNANDS:  Yes, I'm certain all of that
03:09:04  11  information exists, and we have tried to provide that in
03:09:06  12  discovery, because not only did we provide what batches were
03:09:10  13  made, but we also provided a spreadsheet as to clinical
03:09:13  14  trials.  Although that could, I think, be updated, but
03:09:17  15  there's a second large spreadsheet in the production as to
03:09:19  16  what was sent off for clinicals.
03:09:21  17           So, yes, that information could be put together
03:09:24  18  as to what would happen.  I think the relevant question here
03:09:27  19  is that this agreement isn't going to speak to what happened
03:09:29  20  to it.
03:09:30  21           THE COURT:  Yeah.  So, I understand the question
03:09:34  22  I'm asking is not perhaps a hundred-percent germane to why
03:09:38  23  we're here.
03:09:39  24           So, let me just ask Ms. Morrison:  Do you know,
03:09:43  25  does your side sort of -- you know, I don't want to ask a
```

**7**

```
03:09:57  1   question that asks for your work product, so if you can't
03:10:03  2   answer the question without disclosing things you don't want
03:10:05  3   to disclose, just tell me.
03:10:08  4            But essentially can you account for all the
03:10:10  5   product that they've made?
03:10:11  6            MS. MORRISON:  So, I'm not sure I can answer
03:10:15  7   that, Your Honor, but I can answer a slightly different
03:10:18  8   question which relates to the relevance of the agreement, if
03:10:23  9   that's helpful.
03:10:24  10           THE COURT:  You guys both want to get me back to
03:10:26  11  the agreement.  Okay.  Well, go ahead.  Maybe that's a good
03:10:29  12  segue.
03:10:29  13           MS. MORRISON:  And I want to see if I can --
03:10:31  14  would it be helpful if I came to the podium?
03:10:33  15           THE COURT:  I don't know.  I can hear you fine
03:10:35  16  from here.
03:10:35  17           MS. MORRISON:  As long as you can hear me and
03:10:37  18  the court reporter can, I'm happy to stay here.  The
03:10:39  19  agreement -- I think the real sticking point between the
03:10:42  20  parties, and I will say that Ms. Fernands and my team did
03:10:45  21  try to work this out, and I think the real sticking point,
03:10:49  22  and they did offer some unredacted version of the agreement,
03:10:53  23  but the real sticking point is something called the joint
03:10:56  24  development -- excuse me, the global development plan.
03:10:59  25           And I think the issue is this, Your Honor:  It's
```

**8**

```
03:11:03  1   not so much about -- it is, in part, about what actually was
03:11:07  2   made and what happened to it.  That's part of the issue.
03:11:11  3            But the other part of the issue, of course, is
03:11:13  4   what the parties' expectations were as of the date of the
03:11:17  5   hypothetical negotiation for damages purposes.
03:11:20  6            THE COURT:  Well, right.  And so, that's a
03:11:22  7   damages question.
03:11:23  8            MS. MORRISON:  Yes.
03:11:23  9            THE COURT:  The questions I was asking really
03:11:29  10  had to do with the safe harbor.  And I think the way you
03:11:34  11  wrote your letter, you started off with the safe harbor.
03:11:38  12  So, I started where you started.
03:11:39  13           MS. MORRISON:  Okay.
03:11:39  14           THE COURT:  But is the damages the more
03:11:46  15  significant issue?
03:11:47  16           MS. MORRISON:  I think at this point it perhaps
03:11:49  17  is, Your Honor, because the damages issue -- so, our opening
03:11:54  18  expert reports for both parties were due this past Friday.
03:11:57  19           THE COURT:  Okay.
03:11:58  20           MS. MORRISON:  And so, our damages expert has
03:12:00  21  submitted his report or his opening report.  He has a reply
03:12:05  22  as well.  And he relied, in part, on the redacted version of
03:12:11  23  the Roche agreement that was produced that's also publicly
03:12:15  24  available.
03:12:16  25           THE COURT:  Right, because it was attached to a
```

## 9

```
03:12:18  1   10K.
03:12:18  2           MS. MORRISON:  It was attached to a 10K.  So, he
03:12:20  3   had it, and they also produced that version.  And so, he was
03:12:23  4   able to rely upon it.
03:12:25  5           And in that, he relied upon it because that
03:12:28  6   Roche agreement was signed just about, I believe --
03:12:31  7           THE COURT:  Right, right.  I gather it was
03:12:32  8   within a month or something.
03:12:34  9           MS. MORRISON:  Yes, very close to the time of
03:12:36 10   the hypothetical negotiation.  And so, it's highly relevant
03:12:39 11   to the Sarepta negotiator's state of mind coming to the
03:12:43 12   hypothetical negotiation about how important having a
03:12:45 13   license would be to Sarepta.
03:12:47 14           And so, I can't tell Your Honor what is in the
03:12:53 15   global development plan because I haven't seen it, but that
03:12:57 16   is one area where Regenxbio's facts, we can do nothing more
03:13:04 17   than suspect based on what's in the agreement.  It's an
03:13:06 18   informed suspicion, I would say, that there are items in
03:13:09 19   that global development plan that would be relevant to the
03:13:12 20   damages analysis because it would inform Sarepta's position
03:13:16 21   coming to the hypothetical negotiation.  And our damages
03:13:20 22   expert did rely pretty extensively on the redacted version
03:13:25 23   of the Roche agreement in his expert report.
03:13:29 24           And so, we do think it's -- I can't tell you
03:13:33 25   what exactly is in these sections that we don't have, of
```

## 10

```
03:13:36  1   course, but I can give you a suspicion of what might be
03:13:39  2   there.
03:13:39  3           THE COURT:  Well, so one of the things that was
03:13:41  4   said in the letter and, of course, Sarepta went second, was
03:13:53  5   there's a lot of other things in the global development or
03:13:55  6   in the agreement, and there were two things in particular.
03:14:00  7   One of them was something like exon and the other was
03:14:04  8   something else.
03:14:06  9           And that, in so many words, there's just a whole
03:14:13 10   lot of different things going on at once that have nothing
03:14:24 11   to do with the patent and the cultured cells.  What in his
03:14:31 12   report or her report did your expert do about -- how did
03:14:36 13   they address things like that?
03:14:37 14           MS. MORRISON:  So, I think what you're referring
03:14:40 15   to is the portions of the agreement that relate to exon
03:14:44 16   skipping and gene editing.
03:14:46 17           THE COURT:  Okay.  Yes.
03:14:48 18           MS. MORRISON:  So, frankly, those are -- and I
03:14:50 19   think we've already said this to Sarepta, those are parts of
03:14:53 20   the agreements that we don't -- we're not interested in,
03:14:57 21   but -- and we would agree to not have those parts of the
03:15:02 22   agreement because they're not particularly relevant.  But
03:15:04 23   the portions of the agreement our damages expert relied upon
03:15:08 24   are specific to the agreement about the gene therapy that is
03:15:14 25   made using the patented cultured host cells.
```

## 11

```
03:15:17  1           THE COURT:  Okay.
03:15:18  2           MS. MORRISON:  And so -- I'm sorry, Your Honor.
03:15:19  3           THE COURT:  No, no, no.  I thought you were
03:15:23  4   pausing there.
03:15:26  5           So, why don't we do this.  Why don't I get --
03:15:30  6   because you could probably point me to in the agreement
03:15:33  7   where you think this stuff is that you'd like to have;
03:15:37  8   right?
03:15:38  9           MS. MORRISON:  I certainly can try, Your Honor.
03:15:40 10           THE COURT:  All right.  Well, before you try,
03:15:42 11   can we get two redacted and two unredacted, one for me and
03:15:49 12   one for my excellent assistant here?
03:15:53 13           MS. FERNANDS:  Okay.  So, when Your Honor asked
03:15:54 14   for a highlighted, we actually highlighted the unredacted
03:15:58 15   with everything that is redacted.
03:15:59 16           THE COURT:  Okay.  So, in other words -- okay.
03:16:02 17           MS. FERNANDS:  I think that might be --
03:16:04 18           THE COURT:  Yeah, yeah.  You know --
03:16:05 19           MS. FERNANDS:  I can also bring an unredacted or
03:16:08 20   a clean one.
03:16:09 21           THE COURT:  No, no.  If it's yellow --
03:16:10 22           MS. FERNANDS:  It is -- I brought three
03:16:14 23   different varieties, but I think that might be the most
03:16:17 24   efficient way to see what was redacted.
03:16:19 25           THE COURT:  And so, the yellow is the stuff that
```

## 12

```
03:16:21  1   was redacted?
03:16:23  2           MS. FERNANDS:  Was redacted from the public
03:16:24  3   version, correct.
03:16:25  4           THE COURT:  So, Ms. Morrison, where would you
03:16:27  5   like to direct me to and you better, I guess -- because the
03:16:32  6   pagination you have is probably different than the
03:16:35  7   pagination of the one I just got.
03:16:36  8           MS. MORRISON:  It is.  And what I have, Your
03:16:37  9   Honor, are section numbers --
03:16:39 10           THE COURT:  Right.  So, go ahead.
03:16:42 11           MS. MORRISON:  -- which are, in some senses,
03:16:44 12   partially.  So, I'll start with the one -- there's quite a
03:16:47 13   few, Your Honor, so I'm not sure how many of these you would
03:16:50 14   like me to --
03:16:51 15           THE COURT:  Well, there's a magic to the number
03:16:53 16   three.
03:16:53 17           MS. MORRISON:  Okay.
03:16:54 18           THE COURT:  So, why don't you give me your best
03:16:56 19   three.
03:16:56 20           MS. MORRISON:  All right.  Let me look at the
03:16:57 21   sections that were highlighted for me here.
03:17:00 22           So, one that's missing -- we believe is
03:17:04 23   partially redacted that's missing information would be
03:17:09 24   Section 8.4.1.
03:17:12 25           THE COURT:  Okay.
```

                                                                13

03:17:25  1            MS. MORRISON:  And, Your Honor, if I might.
03:17:27  2  Ms. Fernands --
03:17:27  3            THE COURT:  Hold on just one second.
03:17:28  4            MS. MORRISON:  I was just going to ask
03:17:31  5  Ms. Fernands if she has a fully redacted version.  I don't
03:17:33  6  have a paper copy with me.
03:17:34  7            THE COURT:  Right.  Got it.
03:17:36  8            MS. MORRISON:  If she has one, that would be
03:17:37  9  very helpful.
03:17:39 10            MS. FERNANDS:  I have Exhibit H to your
03:17:41 11  Complaint.
03:17:41 12            MS. MORRISON:  Thank you.  Thank you so much.
03:17:43 13            THE COURT:  So, I'm just curious, Ms. Fernands.
03:17:55 14  So, I'm looking at the Table of Contents under Article VIII,
03:17:58 15  and there's in what I have and what's in the public version
03:18:03 16  an 8.4, and an 8.86 and an 8.8.
03:18:08 17            And when I look at the -- going to where
03:18:12 18  Ms. Morrison's directed, I notice that there's an 8.5 and an
03:18:18 19  8.7.  And I'm just wondering why they're not in the Table of
03:18:23 20  Contents.
03:18:23 21            MS. FERNANDS:  I do not know the answer to that
03:18:26 22  question, but I hadn't noticed that.  And you are correct.
03:18:38 23            THE COURT:  Okay.  Well, I guess we can hold
03:18:41 24  that thought.
03:18:42 25            So, Ms. Morrison.

                                                                14

03:18:44  1            MS. FERNANDS:  I'm sorry.  This is the executed
03:18:46  2  version, Your Honor.  I don't know why --
03:18:47  3            THE COURT:  Probably a lot of last-minute
03:18:50  4  changes.
03:18:50  5            All right.  So, you were directing me to 8.4; is
03:18:53  6  that right, or 8.41?
03:18:55  7            MS. MORRISON:  Yes, 8.4.1 is the first place I
03:18:59  8  would direct Your Honor.  That Section 8.4 is entitled
03:19:06  9  "Demand Forecast Plans."
03:19:06 10            THE COURT:  Right.  And then, because I'm
03:19:09 11  working on the assumption that if it's not in yellow, I can
03:19:12 12  say it out loud, 8.4.1 is "Details."
03:19:15 13            MS. MORRISON:  Correct, Your Honor.
03:19:16 14            THE COURT:  And hold on.  Let me just read it
03:19:20 15  for a minute.
03:19:46 16            So, are you expecting there to be numbers of
03:19:49 17  some kind in these paragraphs?
03:19:50 18            MS. MORRISON:  Your Honor, it's very difficult
03:19:51 19  for me to tell because in the fully redacted version, it
03:19:54 20  simply has an asterisk.  Your Honor can't see that from
03:19:57 21  here.  I apologize.  I don't know why I'm holding it up.
03:20:00 22  But it simply has an asterisk.
03:20:02 23            So, again, this is one of those things that if
03:20:03 24  there were numbers there, it could potentially be very
03:20:07 25  relevant to Sarepta's expectation of what it and Roche would

                                                                15

03:20:11  1  be doing together.  But there's no way for us to know.  And
03:20:15  2  these kinds of issues is why we've been requesting
03:20:18  3  production of the full agreement.
03:20:19  4            THE COURT:  Okay.  So, let me just check the
03:20:28  5  definitions here.
03:21:17  6            Now, we had a discovery dispute some time ago,
03:21:27  7  and we were discussing stuff that occurred after the
03:21:36  8  expiration of the patent.  Do you remember what stuff we
03:21:41  9  were discussing?
03:21:42 10            MS. MORRISON:  I believe, Your Honor, and I'm
03:21:44 11  sure Ms. Fernands will correct me if I have it wrong, but I
03:21:48 12  believe that we were discussing whether Sarepta needed to
03:21:53 13  produce its forecasts for sales of the ultimate gene therapy
03:22:01 14  product for after the expiration of the patent --
03:22:07 15            THE COURT:  Okay.
03:22:09 16            MS. MORRISON:  -- as well as some other things.
03:22:10 17  But I think that was the main event.
03:22:12 18            MS. FERNANDS:  I think the main thrust was
03:22:13 19  Sarepta's projections generally for any of the final
03:22:15 20  products, the gene therapy products.  And we were ordered to
03:22:18 21  produce the adopted and approved projections from the point
03:22:21 22  of hypothetical negotiation to the present.
03:22:23 23            And Sarepta then did produce a number of
03:22:25 24  spreadsheets for both the assumptions underlying them and
03:22:30 25  the spreadsheets for a period of three years with Sarepta's

                                                                16

03:22:33  1  projections in them.
03:22:35  2            THE COURT:  Okay.  And are those things, those
03:22:37  3  projections, are those things that your damages expert used?
03:22:41  4            MS. MORRISON:  Yes.
03:22:42  5            THE COURT:  Okay.  Well, I'd have to say,
03:22:46  6  looking at 8.4.1A and B, I have difficulty thinking that
03:22:57  7  those help any.  They certainly don't have any numbers in
03:23:01  8  them.  So, that's tentatively what I think about that.
03:23:06  9            Why don't you try another one.
03:23:08 10            MS. MORRISON:  Sure, Your Honor.  So, the next
03:23:09 11  one, and I mentioned this earlier, is the Joint Global
03:23:13 12  Development Plan, which is the schedule to the agreement.
03:23:15 13  It's Schedule 4.3.1.  So, I expect that will be at the very
03:23:21 14  back, Your Honor, but again, it's not attached to the
03:23:22 15  version that --
03:23:23 16            THE COURT:  4.3.1, "Joint Global Development
03:23:26 17  Plan."  I see it.
03:23:27 18            MS. MORRISON:  Yes, Your Honor.
03:23:28 19            THE COURT:  Or, I mean, I see the schedule.  Ah,
03:24:37 20  okay.  Development -- Global Development Plan.
03:26:16 21            Ms. Fernands, I'm looking at a page that has 20
03:26:20 22  at the bottom in this, what I think is all part of this one
03:26:26 23  schedule, which there seems to have numbers.
03:26:37 24            Have you found what I'm talking about?
03:26:39 25            MS. FERNANDS:  Yes, I found what you're talking

17

```
03:26:40  1  about.
03:26:40  2              THE COURT:  Is that something that's been
03:26:42  3  otherwise produced?
03:26:43  4              MS. FERNANDS:  I think, to the extent that type
03:26:49  5  of information has come to fruition in reality, it is
03:26:53  6  reported in the 10Ks.
03:26:57  7              THE COURT:  So, it does seem that there's
03:27:27  8  certainly costs and expenses on that in the next couple of
03:27:34  9  pages that are probably, in some at least general sense,
03:27:52 10  relevant to expected profits down the road; right?
03:27:55 11              MS. FERNANDS:  I think to the extent any of this
03:27:58 12  is relevant, it would be captured in the adopted and
03:28:03 13  approved projections that were produced.  I don't think this
03:28:10 14  instance -- this -- and sort of this cost information, I
03:28:14 15  think, does not contain the types of projections that I
03:28:18 16  understand Ms. Morrison to be expecting, which I think is
03:28:22 17  sort of more of the sales and a sales-type projection which
03:28:26 18  I don't think is at all in this document and that we have
03:28:29 19  produced, again, through the adopted and approved
03:28:33 20  projections.
03:28:34 21              THE COURT:  Ms. Morrison.
03:28:34 22              MS. MORRISON:  I think what we're looking for is
03:28:37 23  any information that goes to Sarepta's sort of, for lack of
03:28:42 24  a better word, state of mind at the time of the hypothetical
03:28:46 25  negotiation.  I, obviously, haven't seen this document.
```

18

```
03:28:49  1  It's completely missing from the public version.
03:28:52  2              But to the extent it has any sort of projection
03:28:55  3  about costs, about volumes, about anything like that, I'm
03:29:03  4  operating from a place of lack of knowledge because I
03:29:06  5  haven't seen the document.  But that might be relevant to
03:29:11  6  our damages analysis because it would be relevant to what
03:29:14  7  Sarepta would be willing to pay to get a license from
03:29:19  8  Regenxbio.
03:29:19  9              And so, without being able to see the document,
03:29:23 10  I can't fully answer Your Honor's questions.
03:29:27 11              THE COURT:  Okay.  All right.
03:29:32 12              So, let's just hold that thought.  Give me a
03:29:35 13  third one.
03:29:36 14              MS. FERNANDS:  Before we move on, may I speak to
03:29:40 15  the rest of that, Your Honor, because I think --
03:29:41 16              THE COURT:  Sure.
03:29:41 17              MS. FERNANDS:  -- even if you're looking at
03:29:43 18  starting at Page 20, which I would argue they have
03:29:46 19  information, to the extent relevant in other ways,
03:29:48 20  everything up to Page 20, I think even from a cursory
03:29:50 21  review, you can see has nothing to do with financials.  And
03:29:54 22  I would -- so, clearly not relevant to what we're talking
03:29:59 23  about here for purposes of damages.
03:30:00 24              THE COURT:  Well, so what is your point here?
03:30:02 25  That if I go wild and ask you to produce this, I should just
```

19

```
03:30:06  1  ask you to produce Pages 20 to 22?
03:30:11  2              MS. FERNANDS:  I hope I'm not arguing against
03:30:13  3  myself here, because I think it is all irrelevant, but yes,
03:30:16  4  if you were to think that any of it is relevant, everything
03:30:21  5  up to Page 20 should not be included.
03:30:23  6              MS. MORRISON:  And, Your Honor, I guess just to
03:30:25  7  respond to that, we're operating from a place of lack of
03:30:29  8  knowledge.  So, what Sarepta believes is relevant may be
03:30:32  9  different than what Regenxbio believes is relevant.  And so,
03:30:37 10  we don't see the -- there's a Protective Order in this case.
03:30:41 11  We would agree that no one but the lawyers at Fish &
03:30:45 12  Richardson and the lawyers for Penn would be able to see
03:30:48 13  this agreement.  That would be it.
03:30:49 14              So, there's not a commercial risk to Sarepta to
03:30:52 15  letting us look at this and determine whether there's things
03:30:56 16  in there that our damages expert thinks are relevant.  We
03:30:59 17  can deal with the commercial risk, but there's little or no
03:31:03 18  risk to allowing us to see the agreement to Sarepta.
03:31:08 19              THE COURT:  Okay.  So, what's your third choice?
03:31:11 20              MS. MORRISON:  So, let me see.  The other one is
03:31:26 21  also -- there's also another schedule that several sections
03:31:34 22  of the agreement refer to.  It's Schedule 1.263.  And it's
03:31:43 23  entitled --
03:31:43 24              THE COURT:  Okay.  Right.  I think it's -- I saw
03:31:46 25  it while I was leafing through trying to find the one we
```

20

```
03:31:49  1  were just looking at.  That's another one where the schedule
03:31:52  2  isn't actually on the list in the Table of Contents.
03:31:54  3              MS. MORRISON:  It's not, Your Honor.
03:31:55  4              THE COURT:  But I've got it here.  Let me just
03:31:58  5  see whether I've got the first page of it.
03:32:01  6              MS. MORRISON:  And, Your Honor, the reason we
03:32:03  7  think it might be relevant is there's definitions throughout
03:32:06  8  the agreement of commercial supply agreement, development
03:32:10  9  supply agreement and supply agreements that refer to this
03:32:14 10  schedule as containing corresponding quantity agreements.
03:32:19 11              THE COURT:  Hold on just a minute.
03:32:23 12              MS. MORRISON:  Excuse me.  I misspoke.
03:32:25 13  Corresponding quality agreements fulfilling the requirements
03:32:28 14  and so on.
03:32:49 15              THE COURT:  Yeah, on the surface, I don't see
03:32:58 16  much here.
03:33:09 17              All right.  So, why don't we do this.  Why don't
03:33:13 18  we just take a short break, all right, and I'll be back.
03:33:16 19              DEPUTY CLERK:  All rise.
03:33:17 20              (Recess was taken.)
03:45:30 21              DEPUTY CLERK:  All rise.
03:45:32 22              THE COURT:  All right.  Be seated.
03:45:35 23              So, part of what's public in here seemed to me
03:45:47 24  to be -- well, actually, let me just ask.
03:45:51 25              Ms. Morrison, you said your expert used this in
```

21

03:45:59  1   their opening report. Can you give me some hint as what
03:46:12  2   they were using as public information? What sort of things
03:46:15  3   were they using in the unredacted portions?
03:46:18  4            MS. MORRISON: So, I think I can give you a
03:46:24  5   general idea of what he was using. In general, he was using
03:46:29  6   the portions of -- the unredacted portions that he could see
03:46:34  7   to describe what Sarepta's position would have been at the
03:46:39  8   time of the hypothetical negotiation.
03:46:41  9            So, in other words, they had just made this very
03:46:43 10   large deal with Roche. They would have been looking forward
03:46:46 11   to certain payments and milestones based on the deal with
03:46:50 12   Roche. We don't have the full scope of that because I think
03:46:53 13   perhaps some of it is in the parts that are missing exactly
03:46:56 14   what was coming forward.
03:46:58 15            But the expert's theory, at a high level -- and
03:47:02 16   please don't hold me to this, Your Honor, if I don't have it
03:47:06 17   exactly right. I am certainly not an economist. But that
03:47:10 18   Sarepta at the time of the hypothetical negotiation would
03:47:13 19   have effectively had two choices.
03:47:16 20            They could have either taken a license and
03:47:18 21   continued with development because their product required
03:47:21 22   the patented cultured host cell -- in order to continue the
03:47:24 23   development, they needed the patented cultured host cells,
03:47:28 24   or they would have had to stop and wait for the patent to
03:47:31 25   expire.

22

03:47:32  1            And so, what would they have been thinking
03:47:33  2   about? And the Roche agreement formed part of that of what
03:47:37  3   they would have been thinking about in considering the cost
03:47:39  4   it would have been to stop that development.
03:47:41  5            THE COURT: So, there's a very large number that
03:47:44  6   appears to be unredacted as kind of like the upfront
03:47:48  7   payment; right? Is that part of --
03:47:50  8            MS. MORRISON: That's part of what he relied on,
03:47:52  9   yes, Your Honor.
03:47:52 10            THE COURT: And the agreement, is it the case,
03:48:03 11   your understanding, your expert's understanding, that large
03:48:09 12   number, when it's talking about gene splicing or exon, are
03:48:15 13   those things that grow out of, in your theory, you know, the
03:48:21 14   use of your cultured cells or are they just completely --
03:48:24 15            MS. MORRISON: No.
03:48:24 16            THE COURT: -- things that Sarepta has free
03:48:30 17   license to, you know, make as much money as they can from
03:48:35 18   it?
03:48:35 19            MS. MORRISON: If I understand it correctly,
03:48:38 20   Your Honor, the exon-skipping drug -- Sarepta has a marketed
03:48:43 21   product that does not use the cultured host cells and is not
03:48:47 22   implicated in this case that is used to treat Duchenne
03:48:54 23   Muscular Dystrophy that is -- it's called an exon-skipping
03:48:56 24   drug.
03:48:56 25            THE COURT: Okay.

23

03:48:57  1            MS. MORRISON: Perhaps Ms. Fernands can correct
03:48:58  2   me if I've gotten the science wrong there, but that does not
03:49:02  3   have anything to do with the cultured host cells in this
03:49:05  4   case.
03:49:05  5            And I believe the same is true for the
03:49:07  6   gene-editing piece. Neither of those are related to the
03:49:12  7   cultured host cells.
03:49:13  8            THE COURT: So, the things in the agreement that
03:49:15  9   talk about, for lack of a better word, progress payments for
03:49:34 10   various milestones, is your expert able to tell that one of
03:49:42 11   these is the SRP one as opposed to the other ones?
03:49:48 12            MS. MORRISON: So, I'm not a hundred percent
03:49:50 13   sure. I believe our understanding is that at least that
03:49:55 14   upfront payment was for -- related to the development of
03:50:00 15   SRP-9001 using the patented cultured host cells, but I
03:50:05 16   believe we're missing some of the information. I believe.
03:50:08 17            And, again, Your Honor, I may not have this
03:50:10 18   exactly right, but to be able to delineate that exactly
03:50:14 19   because some of that information is redacted, I believe.
03:50:18 20   But, again, I can't see what's redacted.
03:50:20 21            THE COURT: Okay. Thank you.
03:50:22 22            Is there anything more you want to say,
03:50:24 23   Ms. Fernands?
03:50:24 24            MS. FERNANDS: I think to the extent the expert
03:50:27 25   is relying on this, there is -- the upfronts, as you said,

24

03:50:30  1   were public. To the extent that any other payment gets made
03:50:33  2   in the future, that would be reported. None have been.
03:50:37  3            And their expert has not relied on this as being
03:50:42  4   comparable. So, I don't think the details of the specific,
03:50:45  5   whether it be a percentage or the milestone for a particular
03:50:49  6   event, would be relevant because this is not relied on as a
03:50:52  7   comparable license. It's relied on for Sarepta's state of
03:50:55  8   mind which, again, I think that the projections that we
03:50:58  9   provided would provide that information without having to
03:51:01 10   produce this agreement.
03:51:02 11            MS. MORRISON: We, obviously, don't agree, Your
03:51:10 12   Honor, or we wouldn't be here asking for production of the
03:51:12 13   agreement. At least that there is a reasonable likelihood
03:51:15 14   that there are things in there that are relevant to
03:51:18 15   Sarepta's state of mind that would inform the hypothetical
03:51:23 16   negotiation.
03:51:23 17            THE COURT: Okay. And so, the big number, the
03:51:50 18   upfront payment, which I believe is three-quarters of a
03:51:54 19   billion dollars, maybe that's not big in the pharmaceutical
03:51:57 20   world, but it seems big to me. Your belief is that that is
03:52:06 21   basically for the access to the SRP materials; right?
03:52:14 22            MS. MORRISON: Yes, the SRP-9001 made using the
03:52:17 23   cultured host cells.
03:52:19 24            THE COURT: And your expert, his calculations
03:52:31 25   here, I suppose, are for a reasonable royalty?

## 25

```
03:52:35  1         MS. MORRISON:  Yeah, it's for a lump sum payment
03:52:37  2   that the parties would have agreed to, but yes, it's not a
03:52:40  3   lost profits analysis.  It's a reasonable royalty analysis
03:52:42  4   under Georgia-Pacific.
03:52:43  5         THE COURT:  And does the amount of money that
03:52:45  6   changed hands in this agreement play into that reasonable
03:52:50  7   royalty analysis in a quantitative way?
03:52:55  8         MS. MORRISON:  It does, Your Honor, only in
03:52:57  9   that -- not in the sense that our expert certainly is not
03:53:02 10   saying, well, Sarepta is going to get paid "X" dollars by
03:53:05 11   Roche, and so they would have paid "Y" dollars.  It's not
03:53:08 12   that direct.
03:53:09 13         But it's a -- and, again, I don't want to
03:53:13 14   misquote.  I don't have his report memorized.  But it goes
03:53:17 15   to several things.
03:53:18 16         It goes to Sarepta's state of mind as to the
03:53:21 17   value of the market as to what they would be leaving on the
03:53:24 18   table if they didn't take a license.  And so, how much the
03:53:28 19   license was worth to them.
03:53:30 20         It goes to at least those sorts of issues, but
03:53:33 21   it's not a direct quote.
03:53:35 22         THE COURT:  Well, I guess what I'm wondering is
03:53:42 23   so, if there are, you know, progress payments -- you know,
03:53:45 24   let's say, just hypothetically here, but somewhere in this
03:53:52 25   agreement it says, Okay, and there will be $10 million every
```

## 26

```
03:54:00  1   month, you know, for the next five years, or it says $5
03:54:05  2   million, or it says a hundred million dollars, how is that
03:54:08  3   going to affect anything?
03:54:10  4         MS. MORRISON:  So, I think what it would impact,
03:54:12  5   Your Honor, is, again, I can only talk in hypotheticals
03:54:16  6   because I can't see the agreement.  But if there were, for
03:54:19  7   example, a provision that said there's going to be a
03:54:22  8   progress payment of $10 million for every month so long as
03:54:27  9   you, Sarepta, are actually making progress towards
03:54:30 10   developing SRP-9001, without a license, excuse me, to the
03:54:35 11   patented cultured host cell, our damages theory is Sarepta
03:54:39 12   would have had to stop development and wait for the patent
03:54:42 13   to expire, which is a term of about 35 months.
03:54:45 14         And so, Sarepta would be thinking, Well, if we
03:54:48 15   don't take this license, we're going to lose 35 months of
03:54:51 16   $10 million a month, and that's really valuable to us.  And
03:54:55 17   so, it would go into how Sarepta is valuing that license --
03:54:59 18         THE COURT:  Right.
03:54:59 19         MS. MORRISON:  -- if there were such a
03:55:01 20   provision.
03:55:01 21         THE COURT:  But, you know, once you've said
03:55:06 22   $750 million, you know, whether it's over the next 35 months
03:55:12 23   another $750 million or whether it's, you know, a mere $100
03:55:17 24   million, or if that's not being factored into how much they
03:55:26 25   pay, what difference does it make?
```

## 27

```
03:55:28  1         MS. MORRISON:  Well, so it would be factored
03:55:30  2   into how much they pay.  And, Your Honor, it's difficult for
03:55:32  3   me to -- again, I'm not an economist, but essentially our
03:55:36  4   expert's damages number or his model looks at:  What is the
03:55:42  5   value of that 35 months to Sarepta and what is the value of
03:55:45  6   that 35 months to Regenxbio?  And how would they come into
03:55:49  7   this and bargain between them to divide that value
03:55:53  8   effectively?
03:55:54  9         And so, if there are more payments in this
03:55:57 10   agreement that Sarepta would receive during that 35 months,
03:56:01 11   that would add to the value of the license to Regenxbio.
03:56:06 12   And I'm sure that our damages expert could explain this far
03:56:10 13   better than I can, because I'm not an economist, and he'll
03:56:13 14   have graphs and models, to the extent that we get that far
03:56:17 15   in this case.  But it would factor into the value of the
03:56:23 16   license to Sarepta.
03:56:45 17         THE COURT:  What is your expert's bottom line
03:56:50 18   lump sum number at this point?
03:56:52 19         MS. MORRISON:  I'm going to misquote it, Your
03:56:55 20   Honor, but it's approximately -- it's just a little over
03:56:58 21   ▓▓▓▓▓▓.  Because he valued that delay and something
03:57:06 22   again, I'm not going to get the number right, but the value
03:57:08 23   of that delay to Sarepta that if they had to wait the
03:57:12 24   35 months, it would have been on the order of ▓▓▓▓
03:57:        ▓▓▓▓▓▓ I'm forgetting, but it was ▓▓▓▓▓▓
```

## 28

```
03:57:19  1   ▓▓▓▓▓▓ the loss Sarepta would have incurred if they had
03:57:23  2   had to wait, according to his models.
03:57:26  3         I'm quite sure Sarepta will disagree with that
03:57:28  4   valuation.
03:57:28  5         THE COURT:  Yeah, I think that's a reasonable
03:57:30  6   certainty.
03:57:30  7         MS. MORRISON:  Yeah.
03:57:58  8         THE COURT:  So, does your economist write at
03:58:00  9   this point, have sort of like a range of values based on, I
03:58:11 10   don't know, how much they were expecting to get paid over
03:58:13 11   the 35 months?  I mean, do you have any information at all
03:58:18 12   about -- other than the upfront lump sum, is there any other
03:58:22 13   public information as to what's in the agreement, or do you
03:58:26 14   have any other information about how much revenue this was
03:58:31 15   supposed to generate?
03:58:32 16         MS. MORRISON:  Yes, from Sarepta's projections,
03:58:34 17   we do.
03:58:35 18         THE COURT:  Uh-huh.
03:58:40 19         MS. MORRISON:  But I have no way of knowing
03:58:42 20   whether those projections include -- those projections are
03:58:46 21   Sarepta's -- at least my understanding of them is they are
03:58:48 22   Sarepta's own U.S. sales.  I don't know that they include --
03:58:54 23   at least my understanding of them is that they do not
03:58:57 24   include these kind of -- payments from Roche.
03:59:01 25         And so, that would be additional value that
```

### Page 29

1 Sarepta -- potential -- if there is, as Your Honor
2 hypothesized, a provision that would require Sarepta to make
3 progress in order to earn additional payments, that is not
4 currently accounted for in our damages model, because we are
5 unaware of such payments. And that is not -- the Sarepta
6 forecasts are based on their own U.S. sales.
7          THE COURT: Do you have any comment on that,
8 Ms. Fernands?
9          MS. FERNANDS: I believe the forecasts -- I
10 don't know if that's entirely accurate, and I believe that
11 the forecasts have tabs for a variety of issues, including a
12 Roche tab, although I cannot speak to the details of what is
13 in that tab. But I do know that that tab is in the
14 projections that were produced.
15          I don't think -- I think what I'm hearing is a
16 lot of the agreement might, which is a lot of speculation --
17 where what we have is it is definitely not asserted that
18 it's comparable, and they know the general overall value
19 from public information. So, the details are not relevant.
20          MS. MORRISON: And, again, Your Honor, we just
21 disagree, and I think Rule 26, right, does not require that
22 the information that we're seeking during discovery ends up
23 being admissible as evidence or that we necessarily have to
24 rely on it. And the reason I'm saying might is because, of
25 course, I haven't seen these provisions because Sarepta has

### Page 30

1 refused to produce them.
2          And so, Sarepta, at this point, appears to be
3 attempting to hold us to a standard of we have to show that
4 the things that we haven't seen are going to be admissible
5 or end up being relevant to the damages analysis. All I can
6 say is, based on this agreement, which was marked at
7 multiple depositions, it was, in fact, cited in multiple
8 interrogatory responses on comparable licenses and on our
9 damages analysis, and then it was cited in our expert
10 reports.
11          We clearly think that it's relevant to the
12 damages -- at least to the damages issues, and I really
13 haven't touched on the safe harbor issues. But it's
14 certainly relevant to the damages issues.
15          MS. FERNANDS: I don't believe that either of
16 the interrogatory responses or the damages report asserts
17 this as a comparable license.
18          MS. MORRISON: Interrogatory 17, which asks for
19 comparable licenses, this response was or, excuse me, this
20 document was cited in Interrogatory Number 17.
21          Now, again --
22          MS. FERNANDS: Well, what is the Bates number
23 that it was cited as?
24          MS. MORRISON: It was cited as deposition
25 exhibit -- recited as a deposition exhibit to

### Page 31

1 Mr. Estepan's deposition.
2          THE COURT: All right. As much fun as this is
3 for the two of you, Ms. Fernands, Page 69, there's
4 Table 9.4.1 that's called "Lead Product Regulatory
5 Milestones." That's in the public version.
6          Is the lead product here SRP-9001?
7          MS. FERNANDS: Yes, Your Honor.
8          THE COURT: And the public version says,
9 "Achievement of lead product regulatory milestone event,"
10 and then there's some redacted information. And part of the
11 redacted information doesn't provide based on various events
12 or what seem like decently large numbers of payments.
13          Why isn't that relevant information?
14          MS. FERNANDS: I think, again, that isn't
15 relevant information because let's just step back. This is
16 about the final products, ex-US, and not about cultured host
17 cells.
18          And so, just to start on the broadest brush
19 strokes, this agreement should not be relevant to damages.
20 To the extent it's relevant to damages as the larger picture
21 that -- their only argument is that it's Sarepta's state of
22 mind about continuing development and what that value is for
23 which Sarepta's projections should be adequate.
24          These details about what would be paid for ex-US
25 activities for the final products are far removed from the

### Page 32

1 value of the cultured host cell that they assert that
2 Sarepta would be infringing.
3          MS. MORRISON: And I'm happy to address that if
4 you --
5          THE COURT: No, no. So, I take it in the parts
6 here where it talks about payments relating to gene therapy
7 product or gene editing, you don't care about those; right?
8          MS. MORRISON: Well, gene editing, I think
9 that's right.
10          Gene therapy product, I don't know how that's
11 defined. I believe that might be relevant because the
12 accused cultured host cells are used to make more than
13 SRP-9001. They are used to make other gene therapy products
14 by Sarepta. And so, perhaps those would also be relevant.
15          But I would agree with you on gene editing and
16 exon skipping, those are not relevant.
17          THE COURT: All right. Okay.
18          Well, so here's what I'm going to do. With the
19 understanding that this agreement is Attorneys' Eyes Only,
20 which I take it must include the expert, I'm going to order
21 its production. I do so because I think, based on what I've
22 heard, that the lead product regulatory information that's
23 in here, to the extent that I see it on, for example,
24 Page 69, and Page 70, and Page 72 and Page 74, that while I
25 think the relationship between payments for final products,

33

you know, are not direct evidence of value of the cultured cells or the production method, you know, there's both quantitative and qualitative.

And it may be that some of this is similar or different, I don't know, to the actual -- to the projections that were made. Maybe the projections should be roughly the same because -- well, you would think they would be somewhat close.

But I think that for an expert to be relying on a license, even for state of mind, it's a big handicap not to have the entire agreement available to him so that he can decide what there is in it that is relevant to his undertaking.

And, you know, I think the lead -- it seems to me at least reasonable to say that the lead product information is relevant to his undertaking, which is partly based on the fact that in the expert report, he's managed to use the agreement as part of his support for his opinions.

And so, having a high degree of confidence in the Confidentiality Order, and I think it should be produced.

MS. FERNANDS: May we produce in a redacted form with the exon skipping and gene editing all removed?

MS. MORRISON: Your Honor, we don't have any objection to that other than our concern that as long as

34

that is all that's removed, I don't have a concern about that. And as long as --

THE COURT: Okay.

MS. MORRISON: As long as our expert isn't going to be cross-examined with, You didn't have the complete agreement, that's my only concern, to be honest. We're not going to use those parts, but --

THE COURT: All right. Well, it seems to me, then, that you should redact those parts, that is, essentially the pricing parts. The rest of it --

MS. FERNANDS: With respect to the schedules, may I also ask with the schedules that we focused on that were, as you saw, only three pages that are arguably financial in the schedule that they pointed to, and the rest goes to what I'd say technical or clinical.

THE COURT: No, I think the technical and clinical, I would think isn't going to make too much difference to a damages expert because I'm assuming he's probably not a whole lot better qualified than me to make sense of it. But I think, you know, basically the redaction of the exon skipping and the gene splicing, everyone agrees those dollars are just irrelevant. And we're not going to have arguments later on about whether or not you redacted too much, and I'd prefer to avoid that.

I prefer to avoid having -- that it's real clear

35

what has been redacted. And so, basically the dollar figures for these things that are not the lead product or the gene therapy product, yeah, you can do that, but otherwise, you ought to give over a clean agreement.

Okay?

MS. FERNANDS: May I ask, and I hope this won't be controversial, schedule 11.6.2 is a Roche internal document concerning Roche compliance policies. It's a rather long document. It is -- I think there's -- I think it's listed in the -- 11.6.2 is listed in the public version of schedules, I think. But, Your Honor, you can see in the version that you have that it is a document with a Roche header.

THE COURT: It's 100 percent redacted; right?

MS. FERNANDS: It was 100 percent redacted. Only the title was in the public.

THE COURT: It seems --

MS. MORRISON: Without having seen it, it's difficult for me to say, but I will accept Ms. Fernands' representation.

THE COURT: Well, I mean, just looking at it, I mean, it really is like a statement of corporate policy that has nothing to do with -- I think this has nothing to do with this contract in particular; right?

MS. FERNANDS: That is my understanding, and it

36

certainly is not even my client's information. It's our co-development partner's information.

THE COURT: All right. Well, I understand -- so, you can redact that. Okay?

All right. And I assume you'll be able to produce -- to do those two, the one little set of redactions for dollar figures and the Roche corporate policy and produce this, you know, like by the end of the week?

MS. FERNANDS: Yes, we should be able to produce it by the end of the week, Your Honor.

THE COURT: Okay. Well, thank you. It's an interesting problem you all have.

We'll be in recess.

DEPUTY CLERK: All rise.

THE COURT: The transcript will serve as my Order.

(Court was recessed at 4:12 p.m.)

I hereby certify the foregoing is a true and accurate transcript from my stenographic notes in the proceeding.

/s/ Heather M. Triozzi
Certified Merit and Real-Time Reporter
U.S. District Court

## $

**$10** [3] - 25:25, 26:8, 26:16
**$100** [1] - 26:23
**$750** [2] - 26:22, 26:23

## /

**/s** [1] - 36:21

## 1

**1.263** [1] - 19:22
**100** [2] - 35:14, 35:15
**10K** [2] - 9:1, 9:2
**10Ks** [1] - 17:6
**11.6.2** [2] - 35:7, 35:10
**17** [2] - 30:18, 30:20

## 2

**2** [1] - 1:11
**20** [5] - 16:21, 18:18, 18:20, 19:1, 19:5
**20-1226-RGA** [1] - 1:5
**2012** [1] - 4:4
**2023** [1] - 1:11
**22** [1] - 19:1
**26** [1] - 29:21

## 3

**301** [2] - 5:11, 5:14
**35** [8] - 26:13, 26:15, 26:22, 27:5, 27:6, 27:10, 27:24, 28:11
**3:00** [1] - 1:12

## 4

**4.3.1** [2] - 16:13, 16:16
**4:12** [1] - 36:17

## 5

**5** [1] - 26:1

## 6

**69** [2] - 31:3, 32:24

## 7

**70** [1] - 32:24
**72** [1] - 32:24
**74** [1] - 32:24

## 8

**8.4** [3] - 13:16, 14:5, 14:8
**8.4.1** [3] - 12:24, 14:7, 14:12
**8.4.1A** [1] - 16:6
**8.41** [1] - 14:6
**8.5** [1] - 13:18
**8.7** [1] - 13:19
**8.8** [1] - 13:16
**8.86** [1] - 13:16
**844** [1] - 1:10

## 9

**9.4.1** [1] - 31:4

## A

**able** [7] - 9:4, 18:9, 19:12, 23:10, 23:18, 36:5, 36:9
**accept** [1] - 35:19
**access** [1] - 24:21
**according** [1] - 28:2
**account** [3] - 5:19, 5:20, 7:4
**accounted** [2] - 6:8, 29:4
**accurate** [2] - 29:10, 36:19
**accused** [1] - 32:12
**Achievement** [1] - 31:9
**activities** [2] - 5:9, 31:25
**actual** [1] - 33:5
**add** [1] - 27:11
**additional** [2] - 28:25, 29:3
**address** [2] - 10:13, 32:3
**adequate** [1] - 31:23
**admissible** [2] - 29:23, 30:4
**adopted** [3] - 15:21, 17:12, 17:19
**affect** [1] - 26:3
**afternoon** [1] - 2:4
**ago** [1] - 15:6
**agree** [4] - 10:21, 19:11, 24:11, 32:15
**agreed** [1] - 25:2
**agreement** [42] - 3:6, 6:19, 7:8, 7:11, 7:19, 7:22, 8:23, 9:6, 9:17, 9 23, 10:6, 10:15 10:22, 10:23, 10:24, 11:6, 15:3, 16:12, 19:13, 19:18, 19:22, 20:8, 20:9, 22:2, 22:10, 23:8, 24:10, 24:13, 25:6, 25:25, 26:6, 27:10, 28:13, 29:16, 30:6, 31:19, 32:19, 33:11, 33:18, 34:6, 35:4
**agreements** [4] - 10:20, 20:9, 20:10, 20:13
**agrees** [1] - 34:21
**ahead** [2] - 7:11, 12:10
**al** [1] - 2:7
**allowing** [1] - 19:18
**amount** [3] - 6:8, 25:5
**analysis** [7] - 9:20, 18:6, 25:3, 25:7, 30:5, 30:9
**ANASTASIA** [1] - 1:22
**Andrews** [1] - 2:3
**ANDREWS** [1] - 1:14
**answer** [5] - 7:2, 7:6, 7:7, 13:21, 18:10
**apologize** [1] - 14:21
**APPEARANCES** [1] - 1:15
**approval** [2] - 4:18, 4:20
**approved** [4] - 4:19, 15:21, 17:13, 17:19
**area** [1] - 9:16
**arguably** [1] - 34:13
**argue** [1] - 18:18
**arguing** [1] - 19:2
**argument** [1] - 31:21
**arguments** [1] - 34:23
**ARSHT** [1] - 1:19
**Article** [1] - 13:14
**assert** [1] - 32:1
**asserted** [1] - 29:17
**asserts** [1] - 30:16
**assistant** [1] - 11:12
**assume** [1] - 36:5
**assuming** [1] - 34:18
**assumption** [1] - 14:11
**assumptions** [1] - 15:24
**asterisk** [2] - 14:20, 14:22
**attached** [3] - 8:25, 9:2, 16:14
**attempting** [1] - 30:3
**Attorneys'** [1] - 32:19
**available** [2] - 8:24, 33:11
**avoid** [2] - 34:24, 34:25

## B

**backup** [1] - 4:10
**bad** [1] - 6:6
**bargain** [1] - 27:7
**based** [8] - 9:17, 21:11, 28:9, 29:6, 30:6, 31:11, 32:21, 33:17
**batch** [5] - 3:19, 3:22, 4:6, 4:7, 4:10
**batches** [2] - 4:3, 6:12
**Bates** [1] - 30:22
**BEFORE** [1] - 1:14
**belief** [1] - 24:20
**believes** [2] - 19:8, 19:9
**best** [2] - 4:17, 12:18
**better** [5] - 12:5, 17:24, 23:9, 27:13, 34:19
**between** [3] - 7:19, 27:7, 32:25
**big** [4] - 24:17, 24:19, 24:20, 33:10
**billion** [1] - 24:19
**BLA** [1] - 4:18
**Boggs** [1] - 1:9
**bottom** [2] - 16:22, 27:17
**break** [1] - 20:18
**bring** [2] - 2:23, 11:19
**broadest** [1] - 31:18
**brought** [1] - 11:22
**brush** [1] - 31:18
**BY** [3] - 1:16, 1:19, 1:22

## C

**C.A** [1] - 1:5
**calculations** [1] - 24:24
**Caleb** [1] - 1:9
**cannot** [1] - 29:12
**captured** [1] - 17:12
**care** [1] - 32:7
**case** [5] - 19:10, 22:10, 22:22, 23:4, 27:15
**cell** [3] - 21:22, 26:11, 32:1
**cells** [12] - 10:11, 10:25, 21:23, 22:14, 22:21, 23:3, 23:7, 23:15, 24:23, 31:17, 32:12, 33:2
**certain** [2] - 6:10, 21:11
**certainly** [7] - 11:9, 16:7, 17:8, 21:17, 25:9, 30:14, 36:1
**certainty** [1] - 28:6
**Certified** [1] - 36:21
**certify** [1] - 36:18
**changed** [1] - 25:6
**changes** [1] - 14:4
**check** [1] - 15:4
**choice** [1] - 19:19
**choices** [1] - 21:19
**chunk** [1] - 4:24
**cited** [5] - 30:7, 30:9, 30:20, 30:23, 30:24
**clean** [2] - 11:20, 35:4
**clear** [1] - 34:25
**clearly** [2] - 18:22, 30:11
**CLERK** [4] - 2:2, 20:19, 20:21, 36:14
**client** [3] - 2:8, 4:8, 6:1
**client's** [1] - 36:1
**clinical** [6] - 4:17, 4:20, 5:6, 6:13, 34:15, 34:17
**clinicals** [2] - 5:8, 6:16
**close** [2] - 9:9, 33:8
**closest** [1] - 3:19
**co** [1] - 36:2
**co-development** [1] - 36:2
**coming** [3] - 9:11, 9:21, 21:14
**comment** [1] - 29:7
**commercial** [4] - 4:19, 19:14, 19:17, 20:8
**company** [1] - 6:1
**comparable** [6] - 24:4, 24:7, 29:18, 30:8, 30:17, 30:19
**Complaint** [1] - 13:11
**complete** [1] - 34:5
**completely** [2] - 18:1, 22:14
**compliance** [1] - 35:8
**concern** [3] - 33:25, 34:1, 34:6
**concerning** [1] - 35:8
**Conference** [1] - 1:12
**confidence** [1] - 33:19
**Confidentiality** [1] - 33:20
**considering** [1] - 22:3
**contain** [1] - 17:15
**containing** [1] - 20:10
**Contents** [3] - 13:14, 13:20, 20:2
**continue** [1] - 21:22
**continued** [1] - 21:21

continuing [1] - 31:22
contract [1] - 35:24
controversial [1] - 35:7
copy [1] - 13:6
corporate [2] - 35:22, 36:7
correct [6] - 3:18, 12:3, 13:22, 14:13, 15:11, 23:1
correctly [1] - 22:19
corresponding [2] - 20:10, 20:13
cost [2] - 17:14, 22:3
costs [2] - 17:8, 18:3
couple [2] - 6:7, 17:8
course [5] - 5:23, 8:3, 10:1, 10:4, 29:25
COURT [90] - 1:1, 2:4, 2:11, 2:13, 2:20, 2:22, 3:12, 4:13, 4:22, 5:17, 5:22, 5:25, 6:21, 7:10, 7:15, 8:6, 8:9, 8:14, 8:19, 8:25, 9:7, 10:3, 10:17, 11:1, 11:3, 11:10, 11:16, 11:18, 11:21, 11:25, 12:4, 12:10, 12:15, 12:18, 12:25, 13:3, 13:7, 13:13, 13:23, 14:3, 14:10, 14:14, 15:4, 15:15, 16:2, 16:5, 16:16, 16:19, 17:2, 17:7, 17:21, 18:11, 18:16, 18:24, 19:19, 19:24, 20:4, 20:11, 20:15, 20:22, 22:5, 22:10, 22:16, 22:25, 23:8, 23:21, 24:17, 24:24, 25:5, 25:22, 26:18, 26:21, 27:17, 28:5, 28:8, 28:18, 29:7, 31:2, 31:8, 32:5, 32:17, 34:3, 34:8, 34:16, 35:14, 35:17, 35:21, 36:3, 36:11, 36:15
court [1] - 7:18
Court [3] - 2:2, 36:17, 36:22
Courthouse [1] - 1:9
cross [1] - 34:5
cross-examined [1] - 34:5
cultured [15] - 10:11, 10:25, 21:22, 21:23, 22:14, 22:21, 23:3, 23:7, 23:15, 24:23, 26:11, 31:16, 32:1, 32:12, 33:1
curious [1] - 13:13
cursory [1] - 18:20

**D**

damages [26] - 3:6, 8:5, 8:7, 8:14, 8:17, 8:20, 9:20, 9:21, 10:23, 16:3, 18:6, 18:23, 19:16, 26:11, 27:4, 27:12, 29:4, 30:5, 30:9, 30:12, 30:14, 30:16, 31:19, 31:20, 34:18
date [2] - 4:23, 8:4
deal [3] - 19:17, 21:10, 21:11
debate [1] - 3:24
decent [1] - 4:24
decently [1] - 31:12
decide [1] - 33:12
Defendant [5] - 1:8, 1:23, 2:23, 3:8, 3:14
defined [1] - 32:11
definitely [1] - 29:17
definitions [2] - 15:5, 20:7
degree [1] - 33:19
DELAWARE [1] - 1:2
Delaware [1] - 1:10
delay [2] - 27:21, 27:23
delineate [1] - 23:18
Demand [1] - 14:9
deposition [3] - 30:24, 30:25, 31:1
depositions [1] - 30:7
DEPUTY [4] - 2:2, 20:19, 20:21, 36:14
DEREK [1] - 1:19
describe [1] - 21:7
destroyed [1] - 6:7
details [4] - 24:4, 29:12, 29:19, 31:24
Details [1] - 14:12
determine [1] - 19:15
developing [1] - 26:10
development [14] - 7:24, 9:15, 9:19, 10:5, 16:20, 20:8, 21:21, 21:23, 22:4, 23:14, 26:12, 31:22, 36:2
Development [3] - 16:12, 16:16, 16:20
difference [2] - 26:25, 34:18
different [7] - 5:17, 7, 7, 10, 10, 11:23, 12:6, 19:9, 33:5
difficult [3] - 14:18, 27:2, 35:19
difficulty [1] - 16:6
direct [5] - 12:5, 14:8, 25:12, 25:21, 33:1
directed [1] - 13:18
directing [1] - 14:5
disagree [2] - 28:3, 29:21
disclose [1] - 7:3
disclosing [1] - 7:2
discovery [4] - 5:5, 6:12, 15:6, 29:22
Discovery [1] - 1:12
discussing [3] - 15:7, 15:9, 15:12
discussion [2] - 3:19, 3:21
Dispute [1] - 1:12
dispute [1] - 15:6
District [1] - 36:22
DISTRICT [2] - 1:1, 1:2
divide [1] - 27:7
document [8] - 17:18, 17:25, 18:5, 18:9, 30:20, 35:8, 35:9, 35:12
documentation [1] - 5:25
dollar [2] - 35:1, 36:7
dollars [6] - 24:19, 25:10, 25:11, 26:2, 28:1, 34:22
done [1] - 3:16
down [1] - 17:10
drug [3] - 4:3, 22:20, 22:24
Duchenne [1] - 22:22
due [1] - 8:18
during [2] - 27:10, 29:22
Dystrophy [1] - 22:23

**E**

earn [1] - 29:3
economist [4] - 21:17, 27:3, 27:13, 28:8
editing [6] - 10:16, 23:6, 32:7, 32:8, 32:15, 33:23
effect [1] - 6:3
effectively [2] - 21:19, 27:8
efficient [1] - 11:24
either [2] - 21:20, 30:15
emails [1] - 5:5
EMANUEL [1] - 1:21
end [3] - 30:5, 36:8, 36:10
ends [1] - 29:22
enrollment [1] - 5:11
entire [1] - 33:11
entirely [1] - 29:10
entitled [2] - 14:8, 19:23
ESQUIRE [3] - 1:16, 1:19, 1:22
essentially [4] - 5:18, 7:4, 27:3, 34:10
Estepan's [1] - 31:1
et [1] - 2:7
Europe [1] - 5:1
European [1] - 5:9
event [3] - 15:17, 24:6, 31:9
events [1] - 31:11
evidence [2] - 29:23, 33:1
ex [4] - 5:9, 5:11, 31:16, 31:24
ex-US [4] - 5:9, 5:11, 31:16, 31:24
exactly [5] - 9:25, 21:13, 21:17, 23:18
examined [1] - 34:5
example [2] - 26:7, 32:23
excellent [1] - 11:12
excuse [4] - 7:24, 20:12, 26:10, 30:19
executed [1] - 14:1
exhibit [2] - 30:25
Exhibit [1] - 13:10
exists [1] - 6:11
exon [8] - 10:7, 10:15, 22:12, 22:20, 22:23, 32:16, 33:23, 34:21
exon-skipping [2] - 22:20, 22:23
expect [1] - 16:13
expectation [1] - 14:25
expectations [1] - 8:4
expected [1] - 17:10
expecting [3] - 14:16, 17:16, 28:10
expenses [1] - 17:8
expert [21] - 8:18, 8:20, 9:22, 9:23, 10:12, 10:23, 16:3, 19:16, 20:25, 23:10, 23:24, 24:3, 24:24, 25:9, 27:12, 30:9, 32:20, 33:9, 33:17, 34:4, 34:18
expert's [4] - 21 15, 22:11, 27:4, 27:17
expiration [5] - 4:4, 4:12, 4:14, 15:8, 15:14
expire [2] - 21:25, 26:13
expired [2] - 4:24, 4:25
explain [1] - 27:12
extensively [1] - 9:22
extent [10] - 5:8, 17:4, 17:11, 18:2, 18:19, 23:24, 24:1, 27:14, 31:20, 32:23
Eyes [1] - 32:19

**F**

fact [2] - 30:7, 33:17
factor [1] - 27:15
factored [2] - 26:24, 27:1
facts [1] - 9:16
Fahnestock [1] - 2:16
FAHNESTOCK [1] - 1:19
far [4] - 5:6, 27:12, 27:14, 31:25
FDA [1] - 5:16
Fernands [13] - 2:19, 2:20, 4:14, 7:20, 13:2, 13:5, 13:13, 15:11, 16:21, 23:1, 23:23, 29:8, 31:3
FERNANDS [36] - 1:22, 2:19, 2:21, 4:1, 4:16, 5:3, 5:20, 5:24, 6:10, 11:13, 11:17, 11:19, 11:22, 12:2, 13:10, 13:21, 14:1, 15:18, 16:25, 17:4, 17:11, 18:14, 18:17, 19:2, 23:24, 29:9, 30:15, 30:22, 31:7, 31:14, 33:22, 34:11, 35:6, 35:15, 35:25, 36:9
Fernands' [1] - 35:19
few [1] - 12:13
figures [2] - 35:2, 36:7
final [5] - 4:7, 15:19, 31:16, 31:25, 32:25
financial [1] - 34:14
financials [1] - 18:21
fine [1] - 7:15
first [2] - 14:7, 20:5
Fish [1] - 19:11
FISH [1] - 1:16
five [1] - 26:1
focused [1] - 34:12
FOR [1] - 1:2

Forecast [1] - 14:9
forecasts [4] - 15:13, 29:6, 29:9, 29:11
foregoing [1] - 36:18
forget [1] - 4:23
forgetting [1] - 27:25
form [1] - 33:22
formed [1] - 22:2
forward [2] - 21:10, 21:14
■■
frankly [1] - 10:18
free [1] - 22:16
Friday [1] - 8:18
fruition [1] - 17:5
fulfilling [1] - 20:13
full [2] - 15:3, 21:12
fully [3] - 13:5, 14:19, 18:10
fun [1] - 31:2
future [1] - 24:2

### G

gather [1] - 9:7
gene [15] - 10:16, 10:24, 15:13, 15:20, 22:12, 23:6, 32:6, 32:7, 32:8, 32:10, 32:13, 32:15, 33:23, 34:21, 35:3
gene-editing [1] - 23:6
general [4] - 17:9, 21:5, 29:18
generally [1] - 15:19
generate [1] - 28:15
Georgia [1] - 25:4
Georgia-Pacific [1] - 25:4
germane [1] - 6:22
Global [3] - 16:11, 16:16, 16:20
global [5] - 5:15, 7:24, 9:15, 9:19, 10:5
graphs [1] - 27:14
grow [1] - 22:13
guess [4] - 12:5, 13:23, 19:6, 25:22
guys [1] - 7:10

### H

handicap [1] - 33:10
hands [1] - 25:6
handwriting [1] - 2:18
happy [2] - 7:18, 32:3
harbor [4] - 3:6, 8:10, 8:11, 30:13
header [1] - 35:13
hear [2] - 7:15, 7:17

heard [1] - 32:22
hearing [1] - 29:15
Heather [1] - 36:21
help [1] - 16:7
helpful [3] - 7:9, 7:14, 13:9
hereby [1] - 36:18
high [2] - 21:15, 33:19
highlighted [3] - 11:14, 12:21
highly [1] - 9:10
hint [1] - 21:1
hold [7] - 13:3, 13:23, 14:14, 18:12, 20:11, 21:16, 30:3
holding [1] - 14:21
honest [1] - 34:6
Honor [40] - 3:11, 3:18, 7:7, 7:25, 8:17, 9:14, 11:2, 11:9, 11:13, 12:9, 12:13, 13:1, 14:2, 14:8, 14:13, 14:18, 14:20, 15:10, 16:10, 16:14, 16:18, 18:15, 19:6, 20:3, 20:6, 21:16, 22:9, 22:20, 23:17, 24:12, 25:8, 26:5, 27:2, 27:20, 29:1, 29:20, 31:7, 33:24, 35:11, 36:10
Honor's [1] - 18:10
HONORABLE [1] - 1:14
Honorable [1] - 2:3
hope [2] - 19:2, 35:6
host [12] - 10:25, 21:22, 21:23, 22:21, 23:3, 23:7, 23:15, 24:23, 26:11, 31:16, 32:1, 32:12
hundred [4] - 3:18, 6:22, 23:12, 26:2
hundred-percent [1] - 6:22
hypothesized [1] - 29:2
hypothetical [9] - 8:5, 9:10, 9:12, 9:21, 15:22, 17:24, 21:8, 21:18, 24:15
hypothetically [1] - 25:24
hypotheticals [1] - 26:5

### I

idea [1] - 21:5
impact [1] - 26:4

implicated [1] - 22:22
important [1] - 9:12
IN [1] - 1:1
INC [2] - 1:4, 1:7
include [4] - 28:20, 28:22, 28:24, 32:20
included [1] - 19:5
including [1] - 29:11
incurred [1] - 28:1
indicated [1] - 4:5
inform [2] - 9:20, 24:15
information [28] - 3:2, 3:8, 3:23, 5:7, 6:11, 6:17, 12:23, 17:5, 17:14, 17:23, 18:19, 21:2, 23:16, 23:19, 24:9, 28:11, 28:13, 28:14, 29:19, 29:22, 31:10, 31:11, 31:13, 31:15, 32:22, 33:16, 36:1, 36:2
informed [1] - 9:18
infringing [1] - 32:2
instance [1] - 17:14
interested [1] - 10:20
interesting [1] - 36:12
internal [1] - 35:7
interrogatory [3] - 30:8, 30:16, 30:18
Interrogatory [1] - 30:20
irrelevant [2] - 19:3, 34:22
issue [6] - 3:20, 7:25, 8:2, 8:3, 8:15, 8:17
issues [6] - 15:2, 25:20, 29:11, 30:12, 30:13, 30:14
items [1] - 9:18

### J

Japan [1] - 5:1
Joint [2] - 16:11, 16:16
joint [1] - 7:23

### K

keeps [1] - 6:1
kind [3] - 14:17, 22:6, 28:24
kinds [1] - 15:2
King [1] - 1:10
knowing [1] - 28:19
knowledge [3] - 4:17, 18:4, 19:8

### L

lack [4] - 17:23, 18:4, 19:7, 23:9
large [5] - 6:15, 21:10, 22:5, 22:11, 31:12
larger [1] - 31:20
last [1] - 14:3
last-minute [1] - 14:3
lawyers [2] - 19:11, 19:12
Lead [1] - 31:4
lead [6] - 31:6, 31:9, 32:22, 33:14, 33:15, 35:2
leafing [1] - 19:25
least [8] - 17:9, 23:13, 24:13, 25:20, 28:21, 28:23, 30:12, 33:15
leaving [1] - 25:17
letter [2] - 8:11, 10:4
letters [1] - 2:22
letting [1] - 19:15
level [1] - 21:15
license [14] - 9:13, 18:7, 21:20, 22:17, 24:7, 25:18, 25:19, 26:10, 26:15, 26:17, 27:11, 27:16, 30:17, 33:10
licenses [2] - 30:8, 30:19
likelihood [1] - 24:13
limited [1] - 5:5
line [1] - 27:17
list [1] - 20:2
listed [2] - 35:10
LLP [1] - 1:19
look [3] - 12:20, 13:17, 19:15
looking [8] - 13:14, 16:6, 16:21, 17:22, 18:17, 20:1, 21:10, 35:21
looks [1] - 27:4
lose [1] - 26:15
loss [1] - 28:1
lost [1] - 25:3
loud [1] - 14:12
lump [3] - 25:1, 27:18, 28:12

### M

magic [1] - 12:15
main [2] - 15:17, 15:18
managed [1] - 33:17
manufacturer [1] - 4:8
marked [1] - 30:6
market [1] - 25:17

marketed [1] - 22:20
materials [1] - 24:21
mean [6] - 5:22, 5:23, 16:19, 28:11, 35:21, 35:22
memorized [1] - 25:14
mentioned [1] - 16:11
mere [1] - 26:23
Merit [1] - 36:21
method [1] - 33:2
might [11] - 3:2, 5:4, 10:1, 11:17, 11:23, 13:1, 18:5, 20:7, 29:16, 29:24, 32:11
milestone [2] - 24:5, 31:9
Milestones [1] - 31:5
milestones [2] - 21:11, 23:10
million [9] - 25:25, 26:2, 26:8, 26:16, 26:22, 26:23, 26:24, 27:21
mind [8] - 2:25, 9:11, 17:24, 24:8, 24:15, 25:16, 31:22, 33:10
minute [3] - 14:3, 14:15, 20:11
misquote [2] - 25:14, 27:19
misrepresent [1] - 5:13
missing [6] - 3:21, 12:22, 12:23, 18:1, 21:13, 23:16
misspoke [1] - 20:12
model [2] - 27:4, 29:4
models [2] - 27:14, 28:2
money [2] - 22:17, 25:5
month [4] - 9:8, 26:1, 26:8, 26:16
months [8] - 26:13, 26:15, 26:22, 27:5, 27:6, 27:10, 27:24, 28:11
MORRIS [1] - 1:19
Morrison [11] - 2:8, 2:15, 3:1, 3:10, 4:5, 6:24, 12:4, 13:25, 17:16, 17:21, 20:25
MORRISON [65] - 1:16, 2:10, 2:12, 3:11, 3:17, 7:6, 7:13, 7:17, 8:8, 8:13, 8:16, 8:20, 9:2, 9:9, 10:14, 10:18, 11:2, 11:9, 12:8, 12:11, 12:17, 12:20, 13:1, 13:4,

13:8, 13:12, 14:7, 14:13, 14:18, 15:10, 15:16, 16:4, 16:10, 16:18, 17:22, 19:6, 19:20, 20:3, 20:6, 20:12, 21:4, 22:8, 22:15, 22:19, 23:1, 23:12, 24:11, 24:22, 25:1, 25:8, 26:4, 26:19, 27:1, 27:19, 28:7, 28:16, 28:19, 29:20, 30:18, 30:24, 32:3, 32:8, 33:24, 34:4, 35:18
**Morrison's** [1] - 13:18
**most** [1] - 11:23
**move** [1] - 18:14
**MS** [99] - 2:10, 2:12, 2:19, 2:21, 3:11, 3:17, 4:1, 4:16, 5:3, 5:20, 5:24, 6:10, 7:6, 7:13, 7:17, 8:8, 8:13, 8:16, 8:20, 9:2, 9:9, 10:14, 10:18, 11:2, 11:9, 11:13, 11:17, 11:19, 11:22, 12:2, 12:8, 12:11, 12:17, 12:20, 13:1, 13:4, 13:8, 13:10, 13:12, 13:21, 14:1, 14:7, 14:13, 14:18, 15:10, 15:16, 15:18, 16:4, 16:10, 16:18, 16:25, 17:4, 17:11, 17:22, 18:14, 18:17, 19:2, 19:6, 19:20, 20:3, 20:6, 20:12, 21:4, 22:8, 22:15, 22:19, 23:1, 23:12, 23:24, 24:11, 24:22, 25:1, 25:8, 26:4, 26:19, 27:1, 27:19, 28:7, 28:16, 28:19, 29:9, 29:20, 30:15, 30:18, 30:22, 30:24, 31:7, 31:14, 32:3, 32:8, 33:22, 33:24, 34:4, 34:11, 35:6, 35:15, 35:18, 35:25, 36:9
**multiple** [2] - 30:7
**Muscular** [1] - 22:23
**must** [1] - 32:20

**N**

**name** [1] - 2:9
**necessarily** [1] - 29:23
**needed** [2] - 15:12, 21:23
**negotiation** [9] - 8:5,
9:10, 9:12, 9:21, 15:22, 17:25, 21:8, 21:18, 24:16
**negotiator's** [1] - 9:11
**next** [4] - 16:10, 17:8, 26:1, 26:22
**NICHOLS** [1] - 1:19
**none** [2] - 5:1, 24:2
**North** [1] - 1:10
**notes** [2] - 3:4, 36:19
**nothing** [5] - 9:16, 10:10, 18:21, 35:23
**nothing's** [1] - 5:14
**notice** [1] - 13:18
**noticed** [1] - 13:22
**November** [1] - 4:4
**number** [9] - 12:15, 15:23, 22:5, 22:12, 24:17, 27:4, 27:18, 27:22, 30:22
**Number** [1] - 30:20
**numbers** [6] - 12:9, 14:16, 14:24, 16:7, 16:23, 31:12

**O**

**objection** [1] - 33:25
**obviously** [2] - 17:25, 24:11
**occurred** [1] - 15:7
**OF** [1] - 1:2
**offer** [1] - 7:22
**once** [2] - 10:10, 26:21
**one** [23] - 9:16, 10:3, 10:7, 11:11, 11:12, 11:20, 12:7, 12:12, 12:22, 13:3, 13:8, 14:23, 16:9, 16:11, 16:22, 18:13, 19:11, 19:20, 19:25, 20:1, 23:10, 23:11, 36:6
**ones** [1] - 23:11
**ongoing** [1] - 4:20
**opening** [3] - 8:17, 8:21, 21:1
**operating** [2] - 18:4, 19:7
**opinions** [1] - 33:18
**opposed** [1] - 23:11
**Order** [3] - 19:10, 33:20, 36:16
**order** [4] - 21:22, 27:24, 29:3, 32:20
**ordered** [1] - 15:20
**otherwise** [3] - 4:21, 17:3, 35:4
**ought** [1] - 35:4
**outside** [1] - 5:2
**overall** [1] - 29:18
**own** [2] - 28:22, 29:6

**P**

**p.m** [2] - 1:12, 36:17
**Pacific** [1] - 25:4
**page** [2] - 16:21, 20:5
**Page** [8] - 18:18, 18:20, 19:5, 31:3, 32:24
**pages** [2] - 17:9, 34:13
**Pages** [1] - 19:1
**pagination** [2] - 12:6, 12:7
**paid** [4] - 25:10, 25:11, 28:10, 31:24
**paper** [1] - 13:6
**paragraphs** [1] - 14:17
**part** [11] - 8:1, 8:2, 8:3, 8:22, 16:22, 20:23, 22:2, 22:7, 22:8, 31:10, 33:18
**partially** [2] - 12:12, 12:23
**particular** [3] - 10:6, 24:5, 35:24
**particularly** [1] - 10:22
**parties** [4] - 3:24, 7:20, 8:18, 25:2
**parties'** [1] - 8:4
**partly** [1] - 33:16
**partner's** [1] - 36:2
**parts** [7] - 10:19, 10:21, 21:13, 32:5, 34:7, 34:9, 34:10
**past** [1] - 8:18
**patent** [10] - 4:4, 4:12, 4:14, 4:24, 4:25, 10:11, 15:8, 15:14, 21:24, 26:12
**patented** [5] - 10:25, 21:22, 21:23, 23:15, 26:11
**pausing** [1] - 11:4
**pay** [3] - 18:7, 26:25, 27:2
**payment** [6] - 22:7, 23:14, 24:1, 24:18, 25:1, 26:8
**payments** [10] - 21:11, 23:9, 25:23, 27:9, 28:24, 29:3, 29:5, 31:12, 32:6, 32:25
**Penn** [1] - 19:12
**Pennsylvania** [1] - 2:7
**percent** [5] - 3:18, 6:22, 23:12, 35:14, 35:15
**percentage** [1] - 24:5
**perhaps** [5] - 6:22, 8:16, 21:13, 23:1, 32:14
**period** [1] - 15:25
**personally** [1] - 5:23
**pharmaceutical** [1] - 24:19
**picture** [1] - 31:20
**piece** [2] - 3:24, 23:6
**place** [4] - 5:2, 14:7, 18:4, 19:7
**Plaintiff** [2] - 1:5, 1:17
**Plaintiff's** [1] - 3:5
**Plaintiffs** [1] - 4:2
**plan** [3] - 7:24, 9:15, 9:19
**Plan** [3] - 16:12, 16:17, 16:20
**Plans** [1] - 14:9
**play** [1] - 25:6
**podium** [1] - 7:14
**point** [10] - 7:19, 7:21, 7:23, 8:16, 11:6, 15:21, 18:24, 27:18, 28:9, 30:2
**pointed** [1] - 34:14
**policies** [1] - 35:8
**policy** [2] - 35:22, 36:7
**portions** [5] - 10:15, 10:23, 21:3, 21:6
**position** [2] - 9:20, 21:7
**potential** [1] - 29:1
**potentially** [1] - 14:24
**prefer** [2] - 34:24, 34:25
**present** [1] - 15:22
**presiding** [1] - 2:3
**presumably** [2] - 2:17, 3:16
**pretty** [1] - 9:22
**pricing** [1] - 34:10
**problem** [1] - 36:12
**proceeding** [1] - 36:20
**PROCEEDINGS** [1] - 2:1
**produce** [11] - 15:13, 15:21, 15:23, 18:25, 19:1, 24:10, 30:1, 33:22, 36:6, 36:8, 36:9
**produced** [10] - 4:2, 4:3, 4:7, 8:23, 9:3, 17:3, 17:13, 17:19, 29:14, 33:21
**Product** [1] - 31:4
**product** [17] - 4:3, 4:7, 5:10, 5:19, 7:1, 7:5, 15:14, 21:21, 22:21, 31:6, 31:9, 32:7, 32:10, 32:22, 33:15, 35:2, 35:3
**production** [5] - 6:15, 15:3, 24:12, 32:21, 33:2
**products** [6] - 15:20, 31:16, 31:25, 32:13, 32:25
**profits** [2] - 17:10, 25:3
**progress** [5] - 23:9, 25:23, 26:8, 26:9, 29:3
**projection** [2] - 17:17, 18:2
**projections** [15] - 15:19, 15:21, 16:1, 16:3, 17:13, 17:15, 17:20, 24:8, 28:16, 28:20, 29:14, 31:23, 33:5, 33:6
**pronounce** [1] - 2:8
**Protective** [1] - 19:10
**provide** [5] - 4:9, 6:11, 6:12, 24:9, 31:11
**provided** [5] - 3:8, 3:14, 6:2, 6:13, 24:9
**provision** [3] - 26:7, 26:20, 29:2
**provisions** [1] - 29:25
**public** [12] - 12:2, 13:15, 18:1, 20:23, 21:2, 24:1, 28:13, 29:19, 31:5, 31:8, 35:10, 35:16
**publicly** [1] - 8:23
**purposes** [2] - 8:5, 18:23
**put** [1] - 6:17

**Q**

**qualified** [1] - 34:19
**qualitative** [1] - 33:3
**quality** [1] - 20:13
**quantitative** [2] - 25:7, 33:3
**quantity** [1] - 20:10
**quarters** [1] - 24:18
**questions** [2] - 8:9, 18:10
**QUINN** [1] - 1:21
**quite** [2] - 12:12, 28:3
**quote** [1] - 25:21

**R**

**range** [1] - 28:9
**rather** [1] - 35:9
**read** [2] - 2:22, 14:14
**real** [4] - 7:19, 7:21,

7:23, 34:25
**Real** [1] - 36:21
**Real-Time** [1] - 36:21
reality [1] - 17:5
really [4] - 8:9, 26:16, 30:12, 35:22
reason [2] - 20:6, 29:24
reasonable [6] - 24:13, 24:25, 25:3, 25:6, 28:5, 33:15
receive [2] - 4:10, 27:10
recess [1] - 36:13
**Recess** [1] - 20:20
recessed [1] - 36:17
recited [1] - 30:25
records [5] - 3:19, 3:22, 4:6, 4:7, 4:10
redact [2] - 34:9, 36:4
redacted [20] - 2:24, 8:22, 9:22, 11:11, 11:15, 11:24, 12:1, 12:2, 12:23, 13:5, 14:19, 23:19, 23:20, 31:10, 31:11, 33:22, 34:23, 35:1, 35:14, 35:15
redaction [1] - 34:20
redactions [1] - 36:6
refer [2] - 19:22, 20:9
referring [1] - 10:14
refused [1] - 30:1
**Regenxbio** [7] - 2:10, 2:11, 2:12, 18:8, 19:9, 27:6, 27:11
**REGENXBIO** [1] - 1:4
**Regenxbio's** [1] - 9:16
**Regulatory** [1] - 31:4
regulatory [3] - 5:9, 31:9, 32:22
relate [1] - 10:15
related [3] - 4:6, 23:6, 23:14
relates [1] - 7:8
relating [1] - 32:6
relationship [1] - 32:25
released [1] - 4:8
relevance [1] - 7:8
relevant [32] - 3:6, 6:18, 9:10, 9:19, 10:22, 14:25, 17:10, 17:12, 18:5, 18:6, 18:19, 18:22, 19:4, 19:8, 19:9, 19:16, 20:7, 24:6, 24:14, 29:19, 30:5, 30:11, 30:14, 31:13, 31:15, 31:19, 31:20, 32:11, 32:14, 32:16, 33:12, 33:16
relied [7] - 8:22, 9:5, 10:23, 22:8, 24:3, 24:6, 24:7
rely [3] - 9:4, 9:22, 29:24
relying [2] - 23:25, 33:9
remember [1] - 15:8
removed [3] - 31:25, 33:23, 34:1
reply [1] - 8:21
report [9] - 8:21, 9:23, 10:12, 21:1, 25:14, 30:16, 33:17
reported [2] - 17:6, 24:2
**Reporter** [1] - 36:21
reporter [1] - 7:18
reports [2] - 8:18, 30:10
representation [1] - 35:20
represented [2] - 4:2, 4:9
requesting [1] - 15:2
require [2] - 29:2, 29:21
required [1] - 21:21
requirements [1] - 20:13
respect [1] - 34:11
respond [1] - 19:7
response [2] - 3:7, 30:19
responses [2] - 30:8, 30:16
rest [3] - 18:15, 34:10, 34:14
revenue [1] - 28:14
review [1] - 18:21
**RICHARD** [1] - 1:14
**Richard** [1] - 2:3
**Richardson** [1] - 19:12
**RICHARDSON** [1] - 1:16
rise [4] - 2:2, 20:19, 20:21, 36:14
risk [3] - 19:14, 19:17, 19:18
road [1] - 17:10
**Roche** [14] - 8:23, 9:6, 9:23, 14:25, 21:10, 21:12, 22:2, 25:11, 28:24, 29:12, 35:7, 35:8, 35:12, 36:7
roughly [1] - 33:6
royalty [3] - 24:25

25:3, 25:7
**Rule** [1] - 29:21
run [1] - 5:6
running [1] - 5:15

**S**

safe [4] - 3:6, 8:10, 8:11, 30:13
sales [5] - 15:13, 17:17, 28:22, 29:6
sales-type [1] - 17:17
**Sarepta** [37] - 2:7, 5:7, 5:11, 5:15, 5:16, 9:11, 9:13, 10:4, 10:19, 15:12, 15:23, 18:7, 19:8, 19:14, 19:18, 21:18, 22:16, 22:20, 25:10, 26:9, 26:11, 26:14, 26:17, 27:5, 27:10, 27:16, 27:23, 28:1, 28:3, 29:1, 29:2, 29:5, 29:25, 30:2, 32:2, 32:14
**SAREPTA** [1] - 1:7
**Sarepta's** [14] - 9:20, 14:25, 15:19, 15:25, 17:23, 21:7, 24:7, 24:15, 25:16, 28:16, 28:21, 28:22, 31:21, 31:23
saw [2] - 19:24, 34:13
schedule [8] - 16:12, 16:19, 16:23, 19:21, 20:1, 20:10, 34:14, 35:7
**Schedule** [2] - 16:13, 19:22
schedules [3] - 34:11, 34:12, 35:11
science [1] - 23:2
scope [1] - 21:12
seated [2] - 2:5, 20:22
second [4] - 3:13, 6:15, 10:4, 13:3
section [1] - 12:9
**Section** [2] - 12:24, 14:8
sections [3] - 9:25, 12:21, 19:21
see [20] - 2:15, 3:2, 7:13, 11:24, 14:20, 16:17, 16:19, 18:9, 18:21, 19:10, 19:12, 19:18, 19:20, 20:5, 20:15, 21:6, 23:20, 26:6, 32:23, 35:11
seeking [1] - 29:22
seem [2] - 17:7, 31:12

segue [1] - 7:12
sense [3] - 17:9, 25:9, 34:20
senses [1] - 12:11
sent [5] - 5:1, 5:10, 5:14, 6:5, 6:16
serve [1] - 36:15
session [1] - 2:3
set [1] - 36:6
several [2] - 19:21, 25:15
short [1] - 20:18
show [1] - 30:3
side [1] - 6:25
signed [1] - 9:6
significant [1] - 8:15
similar [1] - 33:4
simply [2] - 14:20, 14:22
sitting [5] - 4:21, 4:22, 4:25, 6:5, 6:6
skipping [6] - 10:16, 22:20, 22:23, 32:16, 33:23, 34:21
slightly [2] - 5:17, 7:7
somewhat [1] - 33:7
somewhere [1] - 25:24
sorry [3] - 3:11, 11:2, 14:1
sort [9] - 3:1, 3:7, 6:25, 17:14, 17:17, 17:23, 18:2, 21:2, 28:9
sorts [1] - 25:20
specific [2] - 10:24, 24:4
speculation [1] - 29:16
splicing [2] - 22:12, 34:21
spreadsheet [6] - 4:3, 4:6, 4:11, 6:2, 6:13, 6:15
spreadsheets [2] - 15:24, 15:25
**SRP** [2] - 23:11, 24:21
**SRP-9001** [8] - 3:9, 3:15, 4:3, 23:15, 24:22, 26:10, 31:6, 32:13
stand [1] - 3:12
standard [1] - 30:3
start [2] - 12:12, 31:18
started [3] - 8:11, 8:12
starting [1] - 18:18
state [7] - 9:11, 17:24, 24:7, 24:15, 25:16, 31:21, 33:10
statement [1] - 35:22

**States** [2] - 3:15, 5:2
**STATES** [1] - 1:1
stay [1] - 7:18
stenographic [1] - 36:19
step [1] - 31:15
sticking [3] - 7:19, 7:21, 7:23
still [4] - 3:18, 3:20, 3:23, 4:16
stop [3] - 21:24, 22:4, 26:12
**Street** [1] - 1:10
strokes [1] - 31:19
stuff [6] - 4:13, 4:15, 11:7, 11:25, 15:7, 15:8
submission [1] - 5:16
submitted [2] - 4:19, 8:21
**SULLIVAN** [1] - 1:21
sum [3] - 25:1, 27:18, 28:12
supply [3] - 20:8, 20:9
support [1] - 33:18
suppose [1] - 24:25
supposed [1] - 28:15
surface [1] - 20:15
**SUSAN** [1] - 1:16
suspect [1] - 9:17
suspicion [2] - 9:18, 10:1

**T**

tab [3] - 29:12, 29:13
table [1] - 25:18
**Table** [4] - 13:14, 13:19, 20:2, 31:4
tabs [1] - 29:11
talks [1] - 32:6
team [2] - 3:20, 7:20
technical [2] - 34:15, 34:16
tentatively [1] - 16:8
term [1] - 26:13
terms [2] - 3:25, 5:25
**THE** [92] - 1:1, 1:2, 1:14, 2:4, 2:11, 2:13, 2:20, 2:22, 3:12, 4:13, 4:22, 5:17, 5:22, 5:25, 6:21, 7:10, 7:15, 8:6, 8:9, 8:14, 8:19, 8:25, 9:7, 10:3, 10:17, 11:1, 11:3, 11:10, 11:16, 11:18, 11:21, 11:25, 12:4, 12:10, 12:15, 12:18, 12:25, 13:3, 13:7, 13:13, 13:23,

14:3, 14:10, 14:14, 15:4, 15:15, 16:2, 16:5, 16:16, 16:19, 17:2, 17:7, 17:21, 18:11, 18:16, 18:24, 19:19, 19:24, 20:4, 20:11, 20:15, 20:22, 22:5, 22:10, 22:16, 22:25, 23:8, 23:21, 24:17, 24:24, 25:5, 25:22, 26:18, 26:21, 27:17, 28:5, 28:8, 28:18, 29:7, 31:2, 31:8, 32:5, 32:17, 34:3, 34:8, 34:16, 35:14, 35:17, 35:21, 36:3, 36:11, 36:15
**theory** [4] - 3:5, 21:15, 22:13, 26:11
**THERAPEUTICS** [1] - 1:7
**therapy** [7] - 10:24, 15:13, 15:20, 32:6, 32:10, 32:13, 35:3
**they've** [2] - 6:2, 7:5
**thinking** [4] - 16:6, 22:1, 22:3, 26:14
**thinks** [1] - 19:16
**third** [2] - 18:13, 19:19
**three** [6] - 11:22, 12:16, 12:19, 15:25, 24:18, 34:13
**three-quarters** [1] - 24:18
**throughout** [1] - 20:7
**thrust** [1] - 15:18
**title** [1] - 35:16
**together** [2] - 6:17, 15:1
**touched** [1] - 30:13
**towards** [1] - 26:9
**transcript** [2] - 36:15, 36:19
**treat** [1] - 22:22
**trial** [6] - 5:11, 5:14, 5:15, 5:16, 6:6
**trials** [4] - 4:18, 4:20, 5:6, 6:14
**tried** [1] - 6:11
**Triozzi** [1] - 36:21
**true** [2] - 23:5, 36:18
**Trustee** [1] - 2:6
**try** [4] - 7:21, 11:9, 11:10, 16:9
**trying** [1] - 19:25
**Tuesday** [1] - 1:11
**TUNNELL** [1] - 1:19
**two** [11] - 2:23, 2:24, 4 22, 4 24, 5:4, 10:6, 11:11, 21:19, 31:3,

36:6
**type** [2] - 17:4, 17:17
**types** [1] - 17:15

## U

**U.S** [3] - 28:22, 29:6, 36:22
**U.S.D.C.J** [1] - 1:14
**ultimate** [1] - 15:13
**unaware** [1] - 29:5
**under** [2] - 13:14, 25:4
**underlying** [1] - 15:24
**understood** [1] - 3:7
**undertaking** [2] - 33:13, 33:16
**UNITED** [1] - 1:1
**United** [2] - 3:15, 5:2
**University** [1] - 2:6
**unless** [2] - 4:17, 5:10
**unredacted** [8] - 2:23, 7:22, 11:11, 11:14, 11:19, 21:3, 21:6, 22:6
**up** [6] - 3:23, 14:21, 18:20, 19:5, 29:22, 30:5
**updated** [1] - 6:14
**upfront** [4] - 22:6, 23:14, 24:18, 28:12
**upfronts** [1] - 23:25
**URQUHART** [1] - 1:21
**US** [4] - 5:9, 5:11, 31:16, 31:24

## V

**valuable** [1] - 26:16
**valuation** [1] - 28:4
**value** [12] - 25:17, 27:5, 27:7, 27:11, 27:15, 27:22, 28:25, 29:18, 31:22, 32:1, 33:1
**valued** [1] - 27:21
**values** [1] - 28:9
**valuing** [1] - 26:17
**varieties** [1] - 11:23
**variety** [1] - 29:11
**various** [2] - 23:10, 31:11
**version** [15] - 7:22, 8:22, 9:3, 9:22, 12:3, 13:5, 13:15, 14:2, 14:19, 16:15, 18:1, 31:5, 31:8, 35:10, 35:12
**versions** [2] - 2 24
**vial** [1] - 5:4
**VIII** [1] - 13:14

**volumes** [1] - 18:3
**vs** [1] - 2:7

## W

**wait** [4] - 21:24, 26:12, 27:23, 28:2
**warehouse** [2] - 4:16, 6:5
**ways** [1] - 18:19
**week** [2] - 36:8, 36:10
**whole** [2] - 10:9, 34:19
**wild** [1] - 18:25
**willing** [1] - 18:7
**Wilmington** [1] - 1:10
**wondering** [2] - 13:19, 25:22
**word** [2] - 17:24, 23:9
**words** [3] - 10:9, 11:16, 21:9
**world** [1] - 24:20
**worth** [1] - 25:19
**write** [1] - 28:8
**wrote** [1] - 8:11

## Y

**years** [5] - 4:23, 4:24, 6:7, 15:25, 26:1
**yellow** [3] - 11:21, 11:25, 14:11