IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REGENXBIO INC. and THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, <br><br> Plaintiffs, <br><br> v. <br><br> SAREPTA THERAPEUTICS, INC. and SAREPTA THERAPEUTICS THREE, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 20-1226 (RGA) ) ) ) ) ) ) |

**[PROPOSED] ORDER GRANTING
<u>UNOPPOSED MOTION TO REDACT MAY 2, 2023 TRANSCRIPT</u>**

This ____ day of _____, 2023, having considered the Plaintiffs' Unopposed Motion to Redact May 2, 2023 Transcript and any related briefing and argument;

IT IS HEREBY ORDERED that the motion is GRANTED and that the transcript for the May 2, 2023 hearing in this matter shall remain sealed. Any public version of the transcript of the May 2, 2023 hearing in this matter shall contain the redactions as applied in Exhibit B to the Motion.

SO ORDERED this_____day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE