IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REGENXBIO INC. and THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, | ) ) ) |
| | ) |
| Plaintiffs, | ) C.A. No. 20-1226 (RGA) |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| SAREPTA THERAPEUTICS, INC. and SAREPTA THERAPEUTICS THREE, LLC, | ) REDACTED – **PUBLIC VERSION** ) Original filing date: June 8, 2023 ) Redacted filing date: June 15, 2023 |
| | ) |
| Defendants. | ) |

## DECLARATION OF IAN M. ESTEPAN

I, Ian M. Estepan, declare as follows:

1.      I am an Executive Vice President and the Chief Financial Officer of Sarepta Therapeutics, Inc. In that capacity, I am fully familiar with the facts below. If asked to do so, I could and would testify competently thereto.

2.      I submit this declaration in support of Sarepta Therapeutics, Inc. and Sarepta Therapeutics Three, LLC's (collectively "Sarepta") Motion to Redact the transcript of the May 2, 2023 Discovery Dispute Conference (D.I. 170).

3.      Sarepta seeks to redact limited, specific information from the May 2, 2023 conference transcript. For example, the highlighted portions on pages 4 and 5 of Exhibit A to the Motion discuss certain Sarepta confidential information concerning █████████████████ ███████████████████████████████████████████████████████ a product for which a Biologics License Application ("BLA") is currently being considered by the Food and Drug Administration ("FDA"). Sarepta maintains information concerning ████████████ ████████████ in confidence.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

4.      Sarepta also seeks to redact specific numeric values and numeric ranges from pages 27 and 28 of the transcript, as well as from the word index. Those values concern plaintiffs' ███████████████████ to Sarepta of a 35 month market delay, a value that plaintiffs derived using Sarepta's highly-confidential, ████████████

5.      Sarepta maintains the information described in paragraphs 3 and 4 as confidential in the normal course of its business. Considering the cutting edge and highly competitive nature of gene therapy development, details concerning ████████████████████████ are commercially sensitive, and disclosure of that information to competitors could provide competitors with an advantage that would cause Sarepta direct, competitive harm. Likewise, Sarepta's ██████████████████ are highly sensitive, commercial information, the disclosure of which could cause Sarepta financial and business damage. Sarepta has a legitimate business interest in protecting this information from disclosure, which warrants redaction of the specific, limited information highlighted in Exhibit A.

6.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:    June 8, 2023

DocuSigned by:

*Ian Estepan*

Ian M. Estepan

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2023, I caused the foregoing to be electronically filed with

the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered

participants.

I further certify that I caused copies of the foregoing document to be served on June 8,

2023, upon the following in the manner indicated:

Susan E. Morrison, Esquire                                                          *VIA ELECTRONIC MAIL*
Casey M. Kraning, Esquire
FISH & RICHARDSON P.C.
222 Delaware Avenue 17th Floor
Wilmington, DE 19801
*Attorneys for Plaintiff REGENXBIO Inc.*

Brian D. Coggio, Esquire                                                            *VIA ELECTRONIC MAIL*
Jeremy T. Saks, Esquire
FISH & RICHARDSON P.C.
7 Times Square 20th Floor
New York, NY 10036
*Attorneys for Plaintiff REGENXBIO Inc.*

Kurt L. Glitzenstein, Esquire                                                       *VIA ELECTRONIC MAIL*
J. Peter Fasse, Esquire
FISH & RICHARDSON P.C.
1 Marina Park Drive
Boston, MA 02210
*Attorneys for Plaintiff REGENXBIO Inc.*

Amy M. Dudash, Esquire                                                              *VIA ELECTRONIC MAIL*
MORGAN, LEWIS & BOCKIUS LLP
1201 North Market Street, Suite 2201
Wilmington, DE 19801
*Attorneys for Plaintiff The Trustees of the University*
*of Pennsylvania*

Eric Kraeutler, Esquire                                    *VIA ELECTRONIC MAIL*
Julie S. Goldemberg, Esquire
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
 *Attorneys for Plaintiff The Trustees of the University
of Pennsylvania*

Janice H. Logan, Esquire                                   *VIA ELECTRONIC MAIL*
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004
*Attorneys for Plaintiff The Trustees of the University
of Pennsylvania*


                                        */s/ Derek J. Fahnestock*

                                        _____

                                        Derek J. Fahnestock (#4705)