# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA and REGENXBIO INC., <br><br> Plaintiffs, <br><br> v. <br><br> SAREPTA THERAPEUTICS, INC. and SAREPTA THERAPEUTICS THREE, LLC, <br><br> Defendants. | C.A. No. 20-1226 (RGA) <br><br> **JURY TRIAL DEMAND** |

## PROPOSED ORDER

Having reviewed Plaintiffs' Motion for Summary Judgment that Defendants Sarepta Therapeutics, Inc. and Sarepta Therapeutics Three, LLC's Infringing Activities are not Protected by the Safe Harbor of 35 U.S.C. § 271(e)(1),

IT IS HEREBY ORDERED that the Motion is GRANTED.

SO ORDERED this _____ day of _____, 2023.

_____
The Honorable Richard G. Andrews